**RECEIVED**
**IN THE UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF ALABAMA**

2006 JAN 18 A 9:55

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT

Emmitt Reed Jones
_____
Full name and prison number of
plaintiff(s)

v.

Greg Ward (Sheriff)
Tracy Wise (Adm)(Samson)
Gary Week (Cheif of Police
Samson Al)
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. **1:06cv44-A**
(To be supplied by the Clerk of the
U.S. District Court)

I. **PREVIOUS LAWSUITS**

  A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (X)

  B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (X)

  C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1. Parties to this previous lawsuit:
      Plaintiff(s) _____N/A_____

      Defendant(s) _____

   2. Court (if federal court, name the district; if state court, name the county)
      _____N/A_____

   3. Docket No. ____N/A____

   4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? **N/A**

6. Approximate date of filing lawsuit **N/A**

7. Approximate date of disposition **N/A**

II. PLACE OF PRESENT CONFINEMENT **Geneva County Jail Geneva, Alabama**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Geneva County Jail Geneva Alabama**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Greg Ward Sheriff (al; et) | Geneva Alabama |
| 2. | Tracy Wise (Adm of Samson) | Samson Alabama |
| 3. | Gray Weeks (Cheif of Police) | Samson Alabama |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _____

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

*GROUND ONE: **Being Imprisoned 3 times on same charge / medical**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

I was Arrested for Theft of property and possession of perinalia. I have had this thrown out, but I am still being held / Arrested for this. (medical) I fell over an inmate and had to go to the hospital cause of my spine. Samson wanted me to pay for the Bill but by law the county jail or prison has to pay my medical expenses. I was refused more medical attention due to this.

-2-

GROUND TWO: Sleeping on floor

SUPPORTING FACTS: I sleep on the Over Crowded floor in Geneva Co. Jail. I am supposed to be 6 in. or higher off the floor. This is affecting my body by taking plasma out. This is a medical hazard.

GROUND THREE: Shower/Sewege

SUPPORTING FACTS: The showers here at Geneva County Jail are not draining. The back up after an inmate takes a shower will not go down properly so therefore I have to shower in germs/bacteria which is also a hazard to my health.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
$500,000 (dollars) and investigation into my case, and all med, bills,

Emmitt Reed Jones
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on January 13, 2006.
(date)

Emmitt R Jones
Signature of plaintiff(s)