**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **EMMITT REED JONES,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:06-cv-0044-WHA |
| | ) |
| **SHERIFF GREG WARD, ET.AL,** | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME

COME NOW Greg Ward, Tracy Wise, and Gary Weeks, the Defendants in the above-styled cause and move this Honorable Court for an extension of time of 30 days in which to file their Special Report and Answer which is due on March 6, 2006. As grounds for this Motion, the Defendants state as follows:

1. On January 23, 2005, this Court entered an Order directing the Defendants in this case to file a Special Report in the above-styled cause within forty days of that Order.

2. The Defendants are in need of additional time to fully respond to the Plaintiff's allegations.

3. In addition, it may be necessary to obtain additional documents relating to the basis of the Plaintiff's Complaint.

4. Further, upon information and belief, a hearing is to be held on Monday, March 6, 2006, which may have bearing on the Defendants' response.

5. The Defendants have not previously requested an extension of time in this case.

6. The Plaintiff will not be prejudiced by the requested extension.

Counsel for Co-Defendants Tracy Wise and Gary Weeks has given counsel for Defendants Gary Ward permission to submit his electronic signature to the Court below.

WHEREFORE, PREMISES CONSIDERED the Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including, April 5, 2006.

Respectfully submitted this the 2nd day of March, 2006.

        **s/C. Richard Hill, Jr.**
        C. RICHARD HILL, JR. Bar No. HIL045
        Attorney for Defendant Greg Ward
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive (36117)
        Post Office Box 240909
        Montgomery, Alabama  36124
        Telephone:  (334) 262-1850
        Fax:  (334) 262-1889
        E-mail:  rhill@webbeley.com

        **s/Todd Derrick**
        TODD DERRICK Bar No. DER006
        Attorney for Defendants Tracy Wise and Gary Weeks
        CODBB, SHEALY, CRUM, & DRRICK, P.A.
        206 North Lena Street
        P.O. Box 6346
        Dothan, Alabama  36302-6346
        Telephone:  (334) 677-3000
        Fax: (334) 677-0030
        E-mail:  **derrick@cobb-shealy.com**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 2nd day of March, 2006, I have served the foregoing document on the following:

**Emmitt Reed Jones**
Geneva County Jail
P.O. Box 115
Geneva, AL 36340

by placing a true and correct copy of the foregoing in the U.S. Mail, postage prepaid, on this the 2nd day of March, 2006.

      **s/C. Richard Hill, Jr.**
      OF COUNSEL