# Exhibit A

# Booking Sheet dated January 3, 2006

# GENEVA COUNTY JAIL
## BOOKING SHEET

#11

Probation Check _Nick_
Warrant Book _Nick_

Date _1-3-06_                    Time _5:23 pm_
Name _James                Emmitt_
        (LAST)              (FIRST)              (MIDDLE)
Alias _____

Date of Arrest _1-_                    Social Security No. _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_
Race _B_        Sex _M_        Age _44_    Eyes _Bro_    Hair _Blk_
Ht. _5'10"_    Wt. _170_    DOB _4-22-61_    Photo _✓_        F.P. _____
Address _unknown?_
        (STREET)              (APT.)              (CITY)              (STATE)    (ZIP)

Telephone _____        I.D. No. _____
NCIC Check _____
Next of Kin _____    Relationship _____
Address _____
        (STREET)              (APT.)              (CITY)              (STATE)    (ZIP)

Charge _FTP X2_    Bond _____    Charge _____    Bond _____
Charge _____    Bond _____    Charge _____    Bond _____
Charge _____    Bond _____    Charge _____    Bond _____

ARRESTING OFFICER _Kinsey_
                                (PLEASE PRINT)
                Signature _____
STATE / COUNTY / HARTFORD / GENEVA / SAMSON / SLOCOMB
BOOKING OFFICER _Marilyn_
                                (PLEASE PRINT)

## RELEASE INFORMATION

I have received all properties taken from me by the Geneva County Sheriff's Department.

_Emmitt James_
Signature of Person Released

Date of Release _1-31-06_        Time _12:08 PM_    Type of Release _PER SAMSON_

_David Wilson_
Signature of Releasing Officer

P.O.E.
OCCUPATION
P.O.B. _Samsex al_
HOLD

WARRANT # _____
WARRANT # _____
WARRANT # _____
WARRANT # _____

# BOOKING SHEET

Inmate Name _____ Date _____ Time _____

HEALTH SCREENING FORM

1.    Have you ever had or been treated for: (mark box if answer is yes)

☐ a. Asthma                          ☐ g. Alcoholism
☐ b. Heart Trouble                   ☐ h. Mental Illness
☑ c. Hypertension                    ☐ i. Venereal Disease
☐ d. Diabetes                        ☐ j. Tuberculosis
☐ e. Epilepsy or Seizure             ☐ k. Ulcer
☐ f. Drug Addiction                  ☐ l. Faintly of recent head injury
                                     ☐ m. Hepatitis

If any response was yes, please explain and give date of last treatment. _____

*Last time in Jail 10 - 2005*

2.    Are you allergic to anything? _____ *No* _____ If yes, what? _____

_____

_____

3.    Have you ever been determined to be HIV positive? _____ *No* _____ If yes, when? _____

_____

_____

4.    Are you currently taking any prescription medication? _____ *Yes* _____ If yes, what? _____
*High Blood Pressure ; But not with*
*Lism* _____ For what? _____

5.    Does the inmate require a special diet prescribed by a physician? _____ *No* _____ If yes, what? _____

_____

_____ For what? _____

_____

6.    Do you have any other medical or mental problem we should know about? _____ *No* _____ If yes, what? _____

_____

_____

# BOOKING SHEET

Inmate Name _____ Date _____ Time _____

1.      Check One:

_____✓___ This inmate was cooperative in responding to the above questions and allowing me to observe him.

_____ This inmate refused or was unable to cooperate and refused to answer my questions concerning his medical history and/or potential for suicide. Reason for inability:

_____

_____

2.      I certify that I have today observed inmate _____, asked him/her the questions listed on the Geneva County Jail's Booking Sheet, and accurately recorded my observation and his/her responses.

_____
Signature of Booking Officer

Date: _____ /-3-06 _____

Time: _____ 5 28/pm _____

# Exhibit B

## Prisoner Activity Sheet
## Entry dated January 3, 2006

GENEVA COUNTY JAIL
Prisoner's Activity Sheet

| DATE | Prisoner's Name: Joe Emmit |
|------|---------------------------|
| 5-11-05 | Close Co/Jail for Pub Intox Geneva-PD on 10-15. had a wound on R/s on stome belly - J31 put a L B-Aid. |
| 5-11-05 | S/s release per Turner |
| 10-6-05 | Subject brought in by Samson on charges of FTP. TOP, Poss Drug Para. Bond is set at 2,600.00. |
| 1-3-06 | ☒ Kinston - Hold - FTP |
| 1-3-06 | Subject brought in by Samson on 2 counts of FTP. Bond set at 1,533.00 cash Or Bond. He brought at a bond with him from Samson. |
| 1-24-06 | Subject went to W regrass Co for See problem |
| 1-31-06 | SUBJ. RELEASED PER SAMSON |

# Exhibit C

# Affidavit of Sheriff Greg Ward

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

EMMITT REED JONES,                          )
                                            )
      Plaintiff,                            )
                                            )
v.                                          )    Civil Action No.  1:06-cv-0044-WHA
                                            )
SHERIFF GREG WARD, ET.AL,                   )
                                            )
      Defendants.                           )

## AFFIDAVIT OF GREG WARD

STATE OF ALABAMA          )
                          )
COUNTY OF GENEVA          )

1.     My name is Greg Ward.  I am over the age of nineteen and competent to make this affidavit.

2.     I am the duly elected Sheriff for Geneva County, Alabama.

3.     I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Detention Facility.  However, I do not have personal knowledge concerning the specific allegations in the Plaintiff's Complaint.

4.     I have delegated the responsibility for the day-to-day functions of the Geneva County Detention Facility to the Jail Administrator Carl Rowe.  As Sheriff of Geneva County, I am responsible for promulgating the policies governing the Jail.

5.     I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

1

6.    The Geneva County Sheriff's Office has a contract with the City of Sampson. Pursuant to this contract, the Sheriff's Office has agreed to house inmates for the City of Sampson at a charge of $20 per day.

7.    The Geneva County, Alabama Sheriff's Office operates the Geneva County Detention Facility pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

8.    Upon admission to the Geneva County Detention Facility, the booking officer completes a health screening form for the inmate.

9.    It is the policy of the Geneva County Sheriff's Office that all inmates incarcerated in the Geneva County Detention Facility be allowed to request health care services at any time. Requests of an emergency nature may be made either verbally or in writing, but all requests for non-emergency care must be submitted in writing. Members of the jail staff are charged with the responsibility of accepting requests for medical treatment from inmates and taking appropriate action. Inmates who have an emergency medical problem are taken to the Emergency Room for treatment.

10.    With regard to inmates housed for the City of Sampson, the policy of the Geneva County Sheriff's Office is as follows: When a member of the jail staff receives a request for medical treatment from an inmate, it is his or her responsibility to turn that request form over to the on duty jailer or matron. The on duty jailer or matron will then contact the City of Sampson. At that point, the City of Sampson is responsible for taking the appropriate steps in responding to

2

the request, such as making an appointment with a health care provider and transporting the inmate to his appointment. In the event that an inmate is in need of immediate medical treatment, any Geneva County Detention Facility staff member who becomes aware of that need will transport that inmate to the Emergency Room himself. The City of Sampson would then be notified to come to the Emergency Room and take over from there.

11.     The Geneva County Detention Facility is subject to routine maintenance and repairs on a regular basis by the custodian.

12.     It is the policy of the Geneva County Sheriff's Office that persons incarcerated in the Geneva County Detention Facility be housed in humane and sanitary conditions. On a daily basis, inmates are given cleaning materials in order that they may sanitize the living areas of their cells, under the supervision of a member of the jail staff. In addition, at any time, an inmate may request cleaning materials, and such materials are routinely provided by members of the jail staff in response to such requests. Common areas of the jail, including hallways and catwalks, are cleaned by trusties every morning. The jail is regularly inspected for cleanliness by jail staff.

13.     All inmates, including the Plaintiff, are always provided with a mat and blanket for sleeping in the event that the number of inmates exceeds the number of beds at the jail. Never has the Plaintiff had to sleep on the floor without a mat and blanket. As soon as a bunk becomes available in the cell block due to the release of an inmate, any inmate sleeping on a mat on the floor may move to the bunk.

14.     I never received any information or instructions that the Plaintiff was supposed to be six inches off the floor.

3

15. The Plaintiff was arrested by the Sampson Police Department and incarcerated pursuant to the order of the City of Sampson Magistrate Judge. The Geneva County Sheriff's Office had no involvement in the Plaintiff's arrest or prosecution.

16. The Plaintiff has now been released from the Geneva County Detention Facility per the City of Sampson Magistrate Judge's order.

17. Internal grievance procedures at the Geneva County Detention Facility are available to all inmates. It is the policy of the Geneva County Detention Facility that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a detention center staff member for any grievance they may have. It is further the policy and procedure of the Geneva County Detention Facility to place each such grievance in the inmate's file for a record of the same.

18. I never received a grievance from the Plaintiff. Had I received such a grievance, I would have followed procedures and responded to the grievance accordingly. Had the Plaintiff submitted such a grievance, it would have been placed in his inmate file.

19. I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
GREG WARD

SWORN TO and SUBSCRIBED before me this 3ʳᵈ day of _April_, 2006.

_____
NOTARY PUBLIC
My Commission Expires: __1-10-09__

4

# Exhibit D

# Affidavit of Carl Rowe

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

EMMITT REED JONES,                    )
                                       )
    Plaintiff,                     )
                                       )
v.                                     )    Civil Action No. 1:06-cv-0044-WHA
                                       )
SHERIFF GREG WARD, ET.AL,             )
                                       )
    Defendants.                    )

## AFFIDAVIT OF CARL ROWE

STATE OF ALABAMA          )
                          )
COUNTY OF GENEVA          )

    1.    My name is Carl Rowe. I am over the age of nineteen and competent to make this affidavit.

    2.    I am the Administrator for the Geneva County Detention Facility.

    3.    I am familiar with the Plaintiff due to his being incarcerated in the Geneva County Detention Facility.

    4.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

    5.    The Geneva County Sheriff's Office has a contract with the City of Sampson. Pursuant to this contract, the Sheriff's Office has agreed to house inmates for the City of Sampson at a charge of $20 per day.

1

6.    The Geneva County, Alabama Sheriff's Office operates the Geneva County Detention Facility pursuant to sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. Members of the jail staff are trained both in house and at certified training programs and academies regarding all aspects of their jobs, including the administration of medical care to inmates.

7.    Upon admission to the Geneva County Detention Facility, the booking officer completes a health screening form for the inmate.

8.    It is the policy of the Geneva County Sheriff's Office that all inmates incarcerated in the Geneva County Detention Facility be allowed to request health care services at any time. Requests of an emergency nature may be made either verbally or in writing, but all requests for non-emergency care must be submitted in writing. Members of the jail staff are charged with the responsibility of accepting requests for medical treatment from inmates and taking appropriate action. Inmates who have an emergency medical problem are taken to the Emergency Room for treatment.

9.    With regard to inmates housed for the City of Sampson, the policy of the Geneva County Sheriff's Office is as follows: When a member of the jail staff receives a request for medical treatment from an inmate, it is his or her responsibility to turn that request form over to the on duty jailer or matron. The on duty jailer or matron will then contact the City of Sampson. At that point, the City of Sampson is responsible for taking the appropriate steps in responding to the request, such as making an appointment with a health care provider and transporting the inmate to his appointment. In the event that an inmate is in need of immediate medical treatment, any Geneva County Detention Facility staff member who becomes aware of that need

2

will transport that inmate to the Emergency Room himself. The City of Sampson would then be notified to come to the Emergency Room and take over from there.

10.    The Geneva County Detention Facility is subject to routine maintenance and repairs on a regular basis by the custodian.

11.    It is the policy of the Geneva County Sheriff's Office that persons incarcerated in the Geneva County Detention Facility be housed in humane and sanitary conditions. On a daily basis, inmates are given cleaning materials in order that they may sanitize the living areas of their cells, under the supervision of a member of the jail staff. In addition, at any time, an inmate may request cleaning materials, and such materials are routinely provided by members of the jail staff in response to such requests. Common areas of the jail, including hallways and catwalks, are cleaned by trusties every morning. The jail is regularly inspected for cleanliness by jail staff.

12.    All inmates, including the Plaintiff, are always provided with a mat and blanket for sleeping in the event that the number of inmates exceeds the number of beds at the jail. Never has the Plaintiff had to sleep on the floor without a mat and blanket. In fact, the Plaintiff was provided with two mats on which to sleep. As soon as a bunk becomes available in the cell block due to the release of an inmate, any inmate sleeping on a mat on the floor may move to the bunk.

13.    There is a problem with water standing in the shower because of a slow drain. Therefore, inmates must wait for the water to drain between each shower. If an inmate wishes to clean the shower after the water has drained and before he showers, he may request cleaning materials to do so.

3

14.    The Plaintiff was arrested by the Sampson Police Department and incarcerated pursuant to the order of the City of Sampson Magistrate Judge.  The Geneva County Sheriff's Office had no involvement in the Plaintiff's arrest or prosecution.

15.    The Plaintiff has now been released from the Geneva County Detention Facility per the City of Sampson Magistrate Judge's order.

16.    Internal grievance procedures at the Geneva County Detention Facility are available to all inmates.  It is the policy of the Geneva County Detention Facility that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly.  Inmates are given an inmate grievance form upon their request to complete and return to a detention center staff member for any grievance they may have.  It is further the policy and procedure of the Geneva County Detention Facility to place each such grievance in the inmate's file for a record of the same.

17.    Upon my review of the Plaintiff's inmate file, there is no grievance filed by him concerning the allegations made the basis of his Complaint, and I never received a grievance from the Plaintiff.  Had I received such a grievance, I would have followed procedures and responded to the grievance accordingly.  Had the Plaintiff submitted such a grievance, it would have been placed in his inmate file.

18.    I certify and state that the documents from Plaintiff's Inmate File provided to the Court which are attached to the Defendants' Special Report are true and correct copies of these records, kept at the Geneva County Detention Facility in the regular course of business.  I am the Custodian of these Records.

4

19.    I swear, to the best of my present knowledge and information, that the above statements are true, that I am competent to make this affidavit, and that the above statements are made by drawing from my personal knowledge of the situation.

_____
CARL ROWE

**SWORN TO** and **SUBSCRIBED** before me this _3rd_ day of _March_, 2006.

_____
NOTARY PUBLIC
My Commission Expires: _8, 1, 09_

5

# Exhibit E

# Inmate Request Form
# dated January 13, 2006

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME _____ CELL _____ DATE _____

TELEPHONE CALL ____ MEDICAL ____ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER _____

SHERIFF ____ JAIL ADMINSTRATOR ____ JUDGE _____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON

_____

_____

_____

_____

_____

DO NOT WRITE BELOW!!                    FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR ____ SHERIFF ____

JAILER _____ SIGNATURE _____ DATE _____ TIME _____

TO BE PLACED IN INMATE'S FILE

_____

# Exhibit F

# Wiregrass Medical Center Records
# dated January 13, 2006.

WIREGRASS MEDICAL CENTER      1200 W MAPLE AVE      GENEVA      AL 36340

| EXPECT DATE<br>1/13/06 | | | | | | | | | **EMERGENCY ROOM • OUTPATIENT RECORD** | | |
|---|---|---|---|---|---|---|---|---|---|---|---|

| PATIENT NUMBER<br>528747 | TYPE<br>3 | PATIENT NAME<br>JONES EMMITT | | AGE<br>44 | BIRTHDATE<br>4/22/1961 | SEX<br>M | M/S<br>DB | DATE OF SERVICE<br>1/13/06 | TIME<br>12:49 | CLERK INIT.<br>GDC |

| ADDRESS - LINE 1<br>308 S LINE ST | ADDRESS - LINE 2 | CITY<br>SAMSON | STATE<br>AL | ZIP CODE<br>36477 | TELEPHONE<br>334-898-1276 |

| PATIENT SSAN<br>416887530 | NOTIFY IN CASE OF EMERGENCY - NAME<br>HILL JUANTIA | RELATIONSHIP<br>FRIEND | ADDRESS<br>312 RIPPLEY SAMSON AL | TELEPHONE<br>334-898-9953 |

| INSURANCE COMPANY | | CONTRACT OR GROUP NUMBER | DATE<br>1/12/06 | PLACE<br>HOME/OTHER ACCID |
|---|---|---|---|---|
| | | | TIME | EVENT<br>FALL |

| GUARANTOR NAME<br>JONES EMMITT | GUARANTOR ADDRESS<br>308 S LINE ST | CITY<br>SAMSON | STATE<br>AL | ZIP CODE<br>36477 | GUAR. TELEPHONE<br>898-1276 |

| GUARANTOR EMPLOYER<br>INMATE | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |

| PREV. SERVICE<br>523404 | PREV. SERV. DATE<br>10/21/05 | IF MINOR - PARENT NAME | MED. REC. #<br>416887530 | ADMITTING/2ND PHYSICIAN<br>AJIT MALVI/ |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital.. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
4. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient. I/we hereby authorize the "Administrator of hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

| DATE | TIME | SIGNED<br>PATIENT | SIGNED<br>GUARANTOR |
|---|---|---|---|

CHIEF COMPLAINT (If Accident State How, When, and Where)

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

| | CONDITION ON DISC | | |
|---|---|---|---|
| | IMP | STABLE | EXPIRED |

INSTRUCTIONS TO PATIENT:

| FOLLOW-UP WITH |
|---|
| M.D. |

PATIENT'S SIGNATURE ON DISCHARGE      DATE - TIME OF DISC      PHYSICIAN'S SIGNATURE    M.D.

**Wiregrass Medical Center**
**1200 W. Maple Avenue**
**Geneva, Alabama 36340**

*528747*

*Jones Emmitt*

# CONDITIONS FOR TREATMENT

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date _____ *1-13* _____ 20 *06*    _____ *Emmitt Jones*
                                                                    Patient

Witness _____ *Gloria C.* _____    _____
                                              Patient's Agent or Representative

                                              _____
                                              Relationship to Patient

## ASSIGNMENT OF MEDICARE BENEFITS:
### PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

_____    _____    _____
Date                          Signature                                Relationship to Patient

## ACKNOWLEDGEMENT OF MEDICARE

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

# Coding Summary Form

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | JONES, EMMITT | **Facility:** | Wiregrass Medical Center | **Payor:** | PB1, PRIVATE PAY DEMAND BILL |
| **MRN:** | 416887530 | **Admission Dx:** | 847.0 | **Reimbursement:** | |
| **Account #:** | 528747 | **Admission Date:** | 01/13/2006 | **DRG:** | |
| **Sex:** | M | **Discharge Date:** | 01/13/2006 | **MDC:** | |
| **DOB:** | 04/22/1961 | **LOS:** | 1 | **Weight:** | |
| **Age:** | 44y | **Attending Provider:** | 994000 | **AMLOS:** | |
| **Patient Type:** | O | | | **GMLOS:** | |
| **Visit Type:** | O | **Discharge Status:** | 01, Discharged to home or self-care (routine discharge) | **Coding Status:** | Complete |

| Dx | Code | Description | | | |
|---|---|---|---|---|---|
| 1 | 847.0 | Sprain/Strain of Neck | | | |
| 2 | E888.9 | Unspecified Fall | | | |

| Px | Code | Description | | Date | Surgeon |
|---|---|---|---|---|---|

| CPT | Code | Description | Modifier | SVC Date | Surgeon |
|---|---|---|---|---|---|

**Notes**

| Note Type | | Assigned Date | | Memo |
|---|---|---|---|---|

Coder: **TRACEY** 01/16/2006

# WIREGRASS MEDICAL CENTER
## 1200 WEST MAPLE AVENUE
### GENEVA, ALABAMA

---

**RADIOLOGY REPORT**

---

**NAME:** JONES EMMITT                       **PATIENT PHONE:** 334/898/1276
**AGE:** 44   **SEX:** M                      **ORDERING PHY:** AJIT MALVI
**DOB:** 04/22/1961                          **ADMITTING PHY:** AJIT MALVI
**STAY TYPE:** E.R.   ROOM:                  **REFERRING PHY:**
**ADMIT DATE:** 01/13/06                     **FAMILY PHY:**
**ACCT NUMBER:** 528747                      **XRAY NUMBER:** 20336
**LOCATION:**                                **MR NUMBER:** 416887530
**TRANS DATE:** 1/13/06                      **TRANS INITIALS:** SR

<=X-RAY ORDER=>                COMPLETE:01/13/06 13:21 ST 36672
Reason for Procedure: FALL LAST P.M.
CERVICAL SPINE MIN. 4V    72050    COMPLETE:01/13/06 13:21 SKT 36686

---

*** UNSIGNED TRANSCRIPTIONS REPRESENT A PRELIMINARY REPORT AND DOES ******
NOT REFLECT A MEDICAL OR LEGAL DOCUMENT ***

---

CERVICAL SPINE 5 VIEWS: THE ODONTOID IS INTACT.  VERTEBRAL BODY
HEIGHTS ARE MAINTAINED.  DISC SPACE NARROWING IS PRESENT  AT C6/C7,
C7/T1 AS WELL AS C5/C6 AND TO A LESSER DEGREE AT C4/C5.   NO DEFINITE
NEURAL FORAMINAL ENCROACHMENT IS IDENTIFIED.  MARGINAL
OSTEOPHYTES ARE NOTED FROM C4 TO C7.   NO SUBLUXATION IS EVIDENT.

OPINION:   MODERATELY SEVERE CERVICAL SPONDYLOSIS.



JOHN C. TOMBERLIN, M.D.

JONES EMMITT                E.R.
528747 AJIT MALVINDER SINGH
DOB-04/22/61  44  MALE
01/13/06

Emmett Jones 4-22-61        

**Wiregrass Medical Center**
**ER Triage Record**

| Addressograph | ( ) Emergent  (✓) Urgent  ( ) Non-Emergent |
|---|---|

| | |
|---|---|
| Triage Notes: C/o pain rt side neck & shoulder into rt side of | Time: 1245 |
| back - sts fell last p.m. - inmate @ Co. jail - Hx of fall | Temp: 98.6 |
| in past also - | Pulse: 84 |
| | SpO2:   Resp: 12 |
| | Room Air: ( )   BP: 160/96 |
| Allergies: NKDA | O2: |

| | | |
|---|---|---|
| Tetanus: | Weight: | LMP: |
| Family Physician: ∅ | | RN Signature: L Hughes RN |

| Current Medications | Dose | Frequency | Last Dose |
|---|---|---|---|
| BP med (Diltiazem) | 240 mg | da | 1 wk ago |
| Celebrex | | TID | 1 wk ago |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | |
|---|---|
| Disposition: Home() Dr. Office() Surgery () Expired() Adm Rm# | AMA/LWBS() Date/Time: 1-13-06 |
| Transfer to Back to jail   C/O Dr.    Via | 1330 |

## HOSPITAL
## PHYSICIAN ORDER FORM : *GENERAL MEDICAL*

JONES EMMITT                    E.R.
5D6747 AJIT MALVINDER SINGH
DOB-04/22/61   44   MALE
01/15/06

### LABORATORY ORDERS

| Order Time | LAB TEST | Time Order Sent |
|---|---|---|
| | CBC | |
| | BMP | |
| | CMP | |
| | PT / PTT | |
| | Cardiac profile | |
| | Liver profile | |
| | Amylase | |
| | Lipase | |
| | Serum preg test | |
| | Urinalysis | |
| | Urine C & S | |
| | Urine preg test | |
| | Blood cultures | |
| | Thyroid profile | |
| | drug levels: | |

### RADIOLOGY ORDERS

| Order Time | X-RAY | Time Order Sent |
|---|---|---|
| | KUB | |
| | Abd - flat / upright | |
| | CXR— PA/lateral | |
| | IVP | |
| | US: □ GB □ aorta | |
| | □ kidney □ pancreas | |
| | CT scan: □ abdomen □ pelvis □ head | |
| | contrast: □ IV □ po □ none | |

### CARDIOPULMONARY

| Order Time | TEST | Time Order Sent |
|---|---|---|
| | EKG | |
| | ABG | |
| | Sputum gm stain/C&S | |

### NURSING PROCEDURES

- □ Cardiac monitor
- □ Pulse Oximetry
- □ Continuous BP monitoring
- □ Oxygen :
- □ Foley Catheter
- □ NGT tube
- □ Intravenous line
  - □ hep lock    □ fluid:
  - RATE:
- □
- □
- □
- □
- □

### MEDICATION ORDERS

| Order time | MEDICATION | Admin time | Nurse | Comments / ReAssessment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

### DISCHARGE INSTRUCTIONS

| NURSE SIGNATURE | L Hughes RN |
|---|---|
| PA /NP SIGNATURE | |
| PHYSICIAN SIGNATURE | |

**WIREGRASS MEDICAL CENTER**
EMERGENCY PHYSICIAN RECORD
PAGE 2

**NECK / BACK
INJURY / PAIN**

JONES EMMITT                    E.R.
52P747 AJIT MALVINDER SINGH
DOB-04/22/61   44   MALE
01/17/06



**PULMONARY**
☑ normal                    ☐ wheezing / rales / rhonchi R /L
**CARDIAC**
☑ normal                    ☐ tachycardia / bradycardia
                            ☐ murmur
**SKIN**
☑ normal                    ☐ rash
**NEUROLOGICAL**
☑ normal                    ☐ focal weakness
                            ☐ focal sensory deficit
                            ☐ abnormal reflexes
**PSYCHIATRIC**
☑ oriented x 3              ☐ disoriented
                            ☐ flat affect

**RADIOGRAPHS**
Cervical Spine:   ☑ normal      *prevertebral soft tissue swelling*
                                *fracture*
Thoracic Spine:   ☐ normal      *subluxation*
                                *DJD*
Lumbosacral:      ☐ normal      *narrowed disc space*
Coccyx            ☐ normal      *unchanged from previous X-ray*
Pelvis            ☐ normal
CXR:              ☐ normal      ☐ abnormal
Other radiographs: _____

**LABS**
CBC    ☐ normal          BMP    ☐ normal

              segs: ____%
              bands: ____%
              lymphs: ____%

U/A    ☐ normal    _____

**WOUND REPAIR NOTE**
Description: _____                    linear
Location: _____   Length: _____cm            stellate
Anesthesia:                                     smooth margins
        topical: _____                        irregular margins
        local: lidocaine 1% / 2% w/ without epinephrine   contaminated
        other: _____   volume: _____ cc     crushed tissue

Cleansing:
        irrigation: saline / shurclens / betadine   volume: ____ cc
        debridement        foreign body removal
**Wound Repair**
☐ wound edges revised

☐ staples_____          ☐ steri-strips only   ☐ skin adhesive

|        | # of sutures | suture size | material | technique |
|--------|--------------|-------------|----------|-----------|
| skin   |              |             | nylon / prolene | simple / running / mattress |
| subQ   |              |             | vicryl / chromic | simple / running / mattress |
| deep   |              |             | vicryl / chromic | simple / running / mattress |

☐ See Additional Wound Repair Notes

**ED COURSE**
        Treatment                        Response
☐ Tt / Td IM
_____
_____
_____
_____

☐ Old records reviewed        ☐ Admission orders written
☐ Discussed with Dr. _____
☐ Counseled patient/family: test results / diagnosis / follow-up

☐ I HAVE PERFORMED A MEDICAL SCREENING EVALUATION
☐ NO EMERGENCY MEDICAL CONDITION EXISTS
☐ FURTHER EVALUATION NEEDED TO RULE OUT AN EMC

**CLINICAL IMPRESSION**
Acute Cervical Strain        Acute Neck Pain          Cervical Spine Fracture
Acute Lumbosacral Strain     Acute Lumbar Strain      Compression Fracture
Acute Lumbar Fracture        Coccyx Fracture          Coccyx Contusion
Aortic Aneurysm              Renal Colic / UTI
Exacerbation of Chronic Back Pain        Exacerbation of Chronic Neck Pain
Radiculopathy: Cervical / Lumbosacral
_____

**DISPOSITION**   (time: _____ )
☐ home ☐ admit ☐ transferred ☐ AMA ☐ observation ☐ expired ☐ MSO
Condition: ☐ stable ☐ fair ☐ good ☐ poor ☐ critical ☐ improved
Follow-up: ☐ ED ☐ PMD ☐ on-call ____ in ____ days
Instructions: _____

Rx:   *Diltiazen 240mg #30*
      *Celebrex 200mg ? #30*

**ATTENDING NOTE**
☐ resident/NP/PA note reviewed
☐ I have performed a face to face evaluation of the patient
☐ labs reviewed              ☐ x-rays reviewed
☐ I agree with above diagnosis ☐ I have reviewed the treatment plan / concur

_____ Resident / NP / PA
_____ MD / DO

☐ See Addendum Sheet

*EDCare Templates only for use by EDCare of Alabama, Inc.*
*Release 4.a*

## Wiregrass Medical Center
### Emergency Department
### Nursing Assessment

```
JONES EMMITT          E.R.
529747 AJIT MALVINDER SINGH
DOB-04/22/61  44  MALE
01/13/06

ER/ROOM
```

Addressograph

**Mode of Arrival:** ☑ Ambulatory ☐ Stretcher ☐ Ambulance ☐ Arms ☐ Other:_____

**Accompanied By:** ☐ Self ☐ Family/Friend ☑ Police ☐ Other
Immunizations up to date? ☐ Y ☐ N

Developmental Age Same as Stated Age ☐ Yes ☐ No

How do you prefer to learn? Written ☐ Verbal ☐ Combination ☑

Initial Contact Time: __1245__  Allergies: __NKDA__
Date: __1-13-06__

### Treatment PTA

None ☑ Cervical Collar ☐ Spineboard ☐ Splint ☐ Dressings ☐ _____
IV Fluids:_____ Rate:_____ Site: _____
Airway: None ☐ Oral ☐ ET Tube ☐ ☑ Oxygen via ☐ NC ☐ Mask

### Nutritional Assessment

Are you on a regular diet? ☑ Y ☐ N
Have you had a recent weight loss or gain? ☐ Y ☑ N
Comments:_____

### Respiratory

**Respirations:** ☑ Regular
☐ Irregular
☐ Shallow
☐ Deep
**Breath Sounds:** ☑ Bil. Clear
☐ Rhonchi ☐ Rales ☐ Wheezes
**Cough:** ☐ Productive
☐ Nonproductive
**Sternal Retractions?** ☐ Yes ☑ No
**Dyspnea?** ☐ Yes ☑ No
Comments:_____

### Circulation

**Skin:** ☑ Warm ☑ Dry
☐ Hot ☐ Diaphoretic
☐ Cold ☐ Clammy
**Color:** ☑ Normal ☐ Pink
☐ Dusky ☐ Flushed ☐ Pale
☐ Cyanotic ☐ Jaundice
**Edema:** ☐ Yes ☑ No
**JVD:** ☐ Yes ☑ No
**Capillary Refill:** ☑ Quick ☐ Slow
Comments:_____

### Glasgow Coma Scale

| Eyes Open | | |
|---|---|---|
| Spontaneously | 4 | |
| To Verbal Command | 3 | |
| To Pain | 2 | |
| No Response | 1 | |

**Best Motor Response**
Obeys 6
Localizes Pain 5
Flexion/Withdrawal 4
Flexion/Abnormal 3
(Decorticate Rigidity)
Extension 2
(Decerebrate Rigidity)
No Response 1

**Best Verbal Response**
Oriented/Converses 5
Disoriented/Converses 4
Inappropriate Words 3
Incomprehensible Sounds 2
No Response 1

**GCS Total (3-15):**

### Neurological

**Level of Consciousness:**
☑ Alert ☐ Responds to Voice
☐ Responds to Pain
☐ Unresponsive ☐ Lethargic
**Orientation:**
☑ Appropriate Response
☐ Inappropriate Response
**Pupils:** ☐ Brisk ☐ L ☐ R
Sluggish ☐ L ☐ R
Nonreactive ☐ L ☐ R
**Size:** L:_____ R:_____
**Visual Acuity:** ☐ N/A
OD:_____ OS:_____
**Movement:** ☐ Voluntary
☐ Involuntary
**Hand Grasp:** L   R
Strong ☐ ☐
Weak ☐ ☐
Absent ☐ ☐
**Slurred Speech?** ☐ Yes ☐ No

### Abdominal

☐ Distended ☐ Nausea
☐ Vomiting ☐ Diarrhea
☐ Constipation ☑ LBM:
**Bowel Sounds:** ☐ Present
☐ Absent
Comments:_____

### Pain/Injury Location



**Location** (circled above)
**Radiation** (arrow above)

### Laceration (s)

Location(s):_____
Size(s):_____
Bleeding Controlled: ☐ Yes ☐ No
Comments:_____
Full Range of Motion ☐ Y ☐ N
Pulse:_____ ☐ Y ☐ N
Sensation Intact: ☐ Y ☐ N

### Emotional Assessment

Eye Contact ☑ Y ☐ N
Affect: ☑ Normal ☐ Flat
☑ Cooperative ☐ Disoriented
☐ Combative ☐ Anxious

Do you feel safe in your present living environment?
☑ Yes ☐ No
If no, would you like to talk to someone? ☐ Yes ☐ No
Inmate to Jail
Comments:_____

### GU-GYN

Pain in Voiding: ☐ Yes ☑ No
Frequency ☐ Yes ☑ No
Bleeding: ☐ Yes ☑ No
Vaginal Bleeding ☐ Yes ☐ No
Vaginal Discharge ☐ Yes ☐ No
☐ Scant ☐ Moderate ☐ Large
Grav_____ Para_____ Ab_____
Comments:_____

### Orthopedic

**Ext Deformity:** ☐ Yes ☐ No
**Full ROM:** ☐ Yes ☐ No
**Pulse:**_____
**Cap. Refill:** ☐ Brisk ☐ Slow
**Temp:** ☐ Warm ☐ Cold

### Pain Scale

**Severity:**
0 1 2 3 4 5 6 7 (8) 9 10
**Exacerabated By:**_____

### Nurse's Signature

# WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

**ED-OP**
**HOME INSTRUCTION SHEET**

| 1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. A/R NO. |
|---|---|---|

**INFORMATION**

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|

| 10. PATIENTS LEGAL NAME (L,F,MI) | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19. |
|---|---|---|---|---|---|---|---|---|---|

| 20. RP | 21. NOTIFY IN EMERGENCY | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED |
|---|---|---|---|---|

| 25. C COMPLAINT | 26. | | **OUTPATIENT SURGERY INFORMATION** | | |
|---|---|---|---|---|---|
| | JONES EMMITT          E | 27. PROC'D | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES |
| | 52R747 AJIT MALVINDER SINGH | | | | | |
| 32. PHYSICIAN CALLED | DOB 04/22/61   44 | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN | | |
| | 01/13/06 | MALE | | | |

---

### SPRAIN, FRACTURE, & SEVERE BRUISES

☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.

☐ Ice packs also help prevent swelling, especially during the first 48 hours.

☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.

☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.

☐ If you have a cast, keep it perfectly dry at all times.

☐ Wiggle toes or fingers to help prevent swelling in the cast--this should be done often if it does not cause pain.

☐ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.

☐ Use crutches.

### BACK AND NECK INJURY INSTRUCTIONS

☐ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.

☐ Rest as much as possible until you are improved.

☐ Avoid positions and movement that make the pain worse.

☐ Relax emotionally - if you are tense the problem will not be worse.

☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.

☐ Wear special collar when out of bed.

### HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:

☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.

☐ Check eyes to see that both pupils are of equal size.

☐ Prevent the taking of sleeping pills, tranquilizers or alcohol.

☐ Restrict excessive work or play.

*Call your family doctor or local hospital immediately if the patient:*
☐ Develops a severe headache.
☐ Vomits more than twice within a short time.
☐ Is confused, faints or is hard to awaken.
☐ Has a pupil of one eye larger that the other
☐ Complains of double vision
☐ Shows abnormal behavior such as staggering or walking into things.

---

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

### WOUND CARE (Cuts, Abrasions, Burns, Stitches)

☐ Keep the dressings clean and dry.

☐ Elevate the wound to help relieve soreness and help speed wound healing.

☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.

☐ Dressing should be changed in _____ days.

☐ Treatment needed _____

☐ Tetanus Toxoid given _____
250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.

☐ Warm soaks to area 4 times daily. 20-40 minutes each time.

☐ Continuous warm compresses.

### VOMITING & DIARRHEA

☐ Do not feed anything for 4 hours.

☐ After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungry you may add 1 teaspoon of sugar to each ounce of liquid.

☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.

☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.

☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.

☐ Contact your doctor's office for further instructions after 24 hours.

---

### GENERAL INSTRUCTIONS

☐ Stay in bed may go to bathroom.

☐ Use vaporizor.

☐ Drink large amounts of liquids.

☐ Take _____ aspirin every 4 hours..

☐ Avoid any use of injured part.

☐ Allow only limited use of the part.

☐ You need not necessarily limit activity.

☐ Fill Prescriptions given to you from Emergency Dept. and take as directed.

☐ No driving or any activity requiring mental alertness after receiving medication.

### FEVER OVER 102

☐ Sponge with lukewarm water in the tub.

☐ If temperature increases or persists for 24 hours, see your family doctor.

### EYE INJURY

☐ Any eye injury is potentially hazardous.

☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.

☐ Do not drive with eye patch.

### ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.

☐ Have animal taken to Veterinarian for observation.

☐ If the owner should refuse to take the animal to the Veterinarian, notify the County Health Officer of the situation.

---

**ADDITIONAL INSTRUCTIONS** *Follow up as needed - may apply warm moist heat to areas of pain*

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

| PATIENT'S/PARENT'S SIGNATURE | NURSE'S SIGNATURE | PHYSICIAN'S SIGNATURE |
|---|---|---|
| X *Emmitt Jones* | *L Hughes RN* | |

**SCHOOL AND WORK EXCUSE**   PATIENT NAME                                      DATE

| | | |
|---|---|---|
| ☐ No work for _____ days | | ☐ No school for _____ days |
| ☐ Light work for _____ days | | ☐ No Physical Education for _____ days |
| ☐ May return to work on _____ | | ☐ May return to school on _____ |

# ADVANCE DIRECTIVE
## ACKNOWLEDGEMENT

NAME: _Emmitt Jones_    SOC. SEC. NO: _416 88 7530_

IDENTIFICATION NO: _528747_    DATE OF BIRTH: _4-22-61_

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.

1. I have been given written materials about my right to accept or refuse medical treatments

2. I have been informed of my rights to formulate Advance Directives.

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility.

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

## PLEASE CHECK ONE OF THE FOLLOWING STATEMENTS:

☐ **I HAVE** executed an Advance Directive.

☒ **I HAVE NOT** executed an Advance Directive.

Signed _Emmitt Jones_    Date: _____

Witness: _____    Date: _____

Witness: _Gloria Cun_    Date: _1-13-06_

Form # 390  Advance Directive Acknowledgement

**Wiregrass Medical Center**
**Emergency Physician's Charge Sheet**          Date:

```
JONES EMMITT
528747 AJIT MALVINDER
DOB 04/22/61  44  MA
01/13/06

ER/ROOM
```

| Level of Service | |
|---|---|
| 19599281 | Level I |
| 19599282 | Level II |
| 19599283 | Level III |
| 19599284 | Level IV |
| 19599285 | Level V |
| 19599288 | Direct Life Support In Transit |
| 19599025 | Visit with Surgery |
| 19599291 | Critical Care per Hour |
| 19599292 | Critical Care per 1/2 hour |
| 19591105 | NG Lavage/Aspiration |
| 19599175 | Ipecac Admin/Observe Gastric emptying |

| Airway/Pulmonary | |
|---|---|
| 19531500 | Endotracheal Intubation |
| 19531511 | FB Removal |
| 19532020 | Tube Thoracostomy |

| Vascular Procedures | |
|---|---|
| 19536410 | Non-Routine Venipuncture |
| 19590780 | IV Therapy Requiring MD per hour |
| 19592977 | Thrombolysis IV infusion |

| Cardiac Procedures | |
|---|---|
| 19592950 | CPR |
| 19592953 | Transcutaneous Pacing |
| 19592960 | Cardioversion, Elective |
| 19593010 | EKG Interpretation |

| Opthalmology | |
|---|---|
| 19565205 | FB |
| 19565210 | FB Conjunctival/Embedded |
| 19567938 | FB, Eyelid |

| Ear, Nose, and Throat | |
|---|---|
| 19542809 | FB Pharynx |
| 19569200 | FB External Ear Canal |
| 19569210 | Impacted Cerumen |
| 19530300 | FB Intranasal |
| 19530901 | Anterior Epitaxis, Simple |
| 19530903 | Anterior Epitaxis, Complex |
| 19530905 | Posterior Epitaxis, Initial |

| Soft Tissue/Foreign Body Removal | |
|---|---|
| 19510120 | Sub Q, Simple |
| 19510121 | Sub Q, Complicated |
| 19520520 | Muscle, Simple |
| 19520525 | Muscle, Complex |

| Nails | |
|---|---|
| 19511730 | Avulsion/Nail, Simple |
| 19512740 | Subungal Hematoma |
| 19511750 | Nail Removal |

| Debridement | |
|---|---|
| 19511000 | Infected Skin |
| 19511040 | Partial Skin Thickness |
| 19511041 | Skin, Full Thickness |
| 19511042 | Skin and Sub Q Tissue |
| 19511043 | Skin, Sub Q, Muscle |
| 19511044 | Skin, Sub Q, Muscle, Bone |

| Hematoma and Abcess | |
|---|---|
| 19510060 | I&D Simple Abcess, Furuncle |
| 19510061 | I&D Simple Abcess, Complicated/ Multiple |
| 19510140 | I&D Hematoma Simple |
| 19510160 | I&D Puncture Aspiration, Abcess |
| 19546320 | Hemorrhoid, Thrombosed |

| Burns | |
|---|---|
| 19516010 | First Degree Burn, Initial |
| 19516020 | Small Burn, Debride, Dress |
| 19516025 | Medium Burn, Debride, Dress |
| 19516030 | Large Burn, Debride/Dress |

| OB/GYN Procedures | |
|---|---|
| 19556405 | I&D, Abcess, Vulva |
| 19556420 | I&D, Bartholin Abcess |
| 19559410 | Emergency Vaginal Delivery |

| Arthrocentesis | |
|---|---|
| 19520600 | Arthrocentesis, Small Joint |
| 19520605 | Arthrocentesis, Intermediate Joint |
| 19520610 | Arthrocentesis, Major Joint |

| Miscellaneous Fractures | |
|---|---|
| 19521800 | Closed Rib Fracture |
| 19523500 | Clavicle |
| 19523720 | Closed Phalangeal Shaft |
| 19526750 | Closed Distal Phalangeal |
| 19528490 | Closed Fracture, Great Toe |
| 19528510 | Closed Phalanx other than Gr. Toe |

| Miscellaneous Closed Dislocations | |
|---|---|
| 19521480 | TMJ Uncomplicated |
| 19523650 | Shoulder w/ Manipulation |
| 19524540 | Nursemaid's Elbow |
| 19526700 | Finger, MP Joint |
| 19526770 | Finger, IP Joint |
| 19528560 | Toe IP Joint |

| Miscellaneous Procedures | |
|---|---|
| 19553670 | Urine Catheterization, Simple |
| 19553675 | Urine Catheterization, Complex |
| 19562270 | Spinal Puncture |
| 19564450 | Digital Block |
| 19582270 | Stool for Occult Blood |
| 19593042 | Rhythm Strip Interpretation |

| Repair/Simple: Single Layer | | |
|---|---|---|
| Scalp, Neck, Axillae, External Genitalia, Trunk, and/or extremities | | |
| 19512001 | 2.5 cm or less | |
| 19512002 | 2.6 - 7.5 cm | |
| 19512003 | 7.6 - 12.5 cm | |
| 19512005 | 12.6 - 20.0 cm | |
| 19512006 | 20.1 - 30.0 cm | |
| 19512007 | Over 30.0 cm | |

| Repair/Simple: Single Layer Cont'd | | |
|---|---|---|
| Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes | | |
| 19512013 | 2.5 cm or less | |
| 19512014 | 2.6 - 5.0 cm | |
| 19512015 | 5.1-7.5 cm | |
| 19512016 | 7.6 - 12.5 cm | |
| 19512017 | 12.6 - 20.0 cm | |
| 19512018 | 20.1 - 30.0 cm | |
| 19512020 | Over 30.0 cm | |
| 19512021 | Superficial WD Dehis | |
| 19512031 | Superficial WD Dehis-Pack | |

| Repair/Intermediate-Layered | | |
|---|---|---|
| Scalp, Axillae, Trunk, and/or Extremities | | |
| 19512031 | 2.5 cm or less | |
| 19512032 | 2.6 - 7.5 cm | |
| 19512034 | 7.6 - 12.5 cm | |
| 19512035 | 12.6 - 20.0 cm | |
| 19512036 | 20.1 - 30.0 cm | |
| 19512037 | Over 30.0 cm | |
| Neck, Hand, Feet, and/or External Genital | | |
| 19512041 | 2.5 cm or less | |
| 19512042 | 2.6 - 7.5 cm | |
| 19512044 | 7.6- 12.5 cm | |
| 19512045 | 12.6 - 20.0 cm | |
| 19512046 | 20.0 - 30.0 cm | |
| 19512047 | Over 30.0 cm | |
| Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes | | |
| 19512051 | 2.5 cm or less | |
| 19512052 | 2.6 - 5.0 cm | |
| 19512053 | 5.1 - 7.5 cm | |
| 19512054 | 7.6 - 12.5 cm | |
| 19512055 | 12.6 - 20.0 cm | |
| 19512056 | 20.1 - 30.0 cm | |
| 19512057 | Over 30.0 cm | |

| Repair/Complex-Reconstructive or Complicated Wound Closure | | |
|---|---|---|
| Trunk | | |
| 19513100 | 1.1 - 2.5 cm | |
| 19513101 | 2.6 - 7.5 cm | |
| Scalp, Arms, and/or Legs | | |
| 19513120 | 1.1 - 2.5 cm | |
| 19513121 | 2.6 - 7.5 cm | |
| Forehead, Cheeks, Chin, Mouth, Neck, Axillae, Genitalia, Hands, and or Feet | | |
| 19513132 | 1.1 - 7.5 cm | |
| Eyelids, Nose, Ears, and/or Lips | | |
| 19513151 | 1.1 - 2.5 cm | |
| 19513152 | 2.6 - 7.5 cm | |

| Miscellaneous | | |
|---|---|---|
| 19520552 | Injection-trigger point 1-2 mus | |
| 19520553 | Injection-trigger point 3 + mus | |

Wiregrass Medical Center
ER Level of Service Charge Sheet

JONES EMMITT          E.R.
529747 AJIT MALVINDER SINGH
DOB-04/22/61  44  MALE
01/13/06

ER/ROOM

| | Integumentary | |
|---|---|---|
| 19611760 | Repair of Nail Bed |
| 19611740 | Subungal Hematoma |
| | Dressing Application |
| 19610120 | FB removal |
| 19620000 | I&D Abcess |
| 19600000 | Laceration Repair (simple,intermed) |
| 19610000 | Laceration Complex |
| 19611040 | Debridement |
| 19616020 | Treatment of Burns |

| | Circulatory | |
|---|---|---|
| | Jugular,Cutdown, Central Line |
| 19636430 | Blood Administration |
| 19692960 | Cardioversion, Mechanical |
| 19692950 | Code Blue |
| 19692953 | External Pacemaking |
| 19631500 | Intubation |
| 19690471 | Vacine Admin. (other than Rabies) |
| 19690675 | Vacine Administration (Rabies) |
| 19690784 | Medication Administration IV |
| 19690782 | Medication Administration IM or SQ |
| 19690780 | IV infusion-up to 1 hour |
| 19690781 | IV infusion-each additional hour |
| 19649080 | Paracentesis |
| | Peritoneal Lavage/Tap |
| 19632000 | Thoracentesis |
| 19633010 | Pericardiocentesis |
| 19632002 | Chest Tube Insertion |
| | IV Hydration |

| | Orthopedics | |
|---|---|---|
| | Behr Block/Regional Block |
| 19629500 | Casting/Splinting |
| 19629705 | Removal or Revision of Cast |
| | Tx of fx/dislocation with manipulation |
| 19620950 | Compartmental Syndrome |

| | Neurological | |
|---|---|---|
| 19662290 | Lumbar Puncture |

| | ENT | |
|---|---|---|
| | Eye Irrigation |
| | Eye Exam/Corneal Abrasion |
| | Foreign Body Removal Ear |
| | Foreign Body Removal Nose |
| | Irrigation Ear |
| | Nose Bleed/Nasal Packing |
| | Rust Ring (Foreign Body Removal) |

| | Other | |
|---|---|---|
| 19682962 | Glucose fingerstick |

| | Respiratory | |
|---|---|---|
| 19631603 | Tracheotomy |
| 19631605 | Cricothyrotomy |
| 19631603 | Trach Change |

| | Gastrointestinal | |
|---|---|---|
| 19691105 | Gastric Lavage or NGT insertion |
| 19643760 | Gastrostomy Tube Placement |

| | Genitourinary | |
|---|---|---|
| 19659409 | Delivery/Birth |
| | Supra Pubic Cath, or Turkey Tray |
| 19651700 | Irrigation of Catheter |
| | Pelvic Exam |

| | Treatment Level | |
|---|---|---|
| 19699211 | Low Level E/R |
| 19699281 | Emergency WD |
| 19699282 | Emergency I |
| | Emergency I with procedure |
| 19699283 | Emergency II |
| | Emergency II with procedure |
| 19699284 | Emergency III |
| | Emergency III with procedure |
| 19699285 | Emergency IV |
| | Emergency IV with procedure |
| 19699291 | Critical Care |
| | Critical Care with procedure |
| | Observation I |
| | Observation II |
| | Observation III |