# Exhibit G

## Inmate Request Form
## dated January 24, 2006

GENEVA COUNTY JAIL
INMATE REQUEST FORM

NAME _____ CELL ____ DATE _____

TELEPHONE CALL ____ MEDICAL ____ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER _____

SHERIFF ____ JAIL ADMINSTRATOR ____ JUDGE _____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

_____

_____

_____

_____

_____

_____

DO NOT WRITE BELOW!!            FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR _____ SHERIFF _____

JAILER _____ DATE _____ TIME _____
          SIGNATURE

TO BE PLACED IN INMATE'S FILE

1-24-06   CALL SAMSON 7:45 AM

# Exhibit H

# Wiregrass Medical Center Records dated January 24, 2006

WIREGRASS MEDICAL CENTER          1200 W MAPLE AVE          GENEVA          AL 36340

| EXPECT DATE 1/24/06 | | | | | | | | | EMERGENCY ROOM • OUTPATIENT RECORD |

| PATIENT NUMBER 529459 | TYPE 3 | PATIENT NAME JONES EMMITT | | AGE 44 | BIRTHDATE 4/22/1961 | SEX M | M/S DB | DATE OF SERVICE 1/24/06 | TIME 09:56 | CLERK INIT. GDC |

| ADDRESS - LINE 1 308 S LINE ST | ADDRESS - LINE 2 | | CITY SAMSON | STATE AL | ZIP CODE 36477 | TELEPHONE 334-684-9978 |

| PATIENT SSAN 416887530 | NOTIFY IN CASE OF EMERGENCY - NAME ENGRAM KEISAH | RELATIONSHIP DAUGHTER | ADDRESS | AL | TELEPHONE 334-684-9978 |

| INSURANCE COMPANY | | CONTRACT OR GROUP NUMBER | DATE | PLACE |
| | | | TIME | EVENT |

| GUARANTOR NAME JONES EMMITT | GUARANTOR ADDRESS 308 S LINE ST | CITY SAMSON | STATE AL | ZIP CODE 36477 | GUAR. TELEPHONE 684-9978 |

| GUARANTOR EMPLOYER INMATE | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |

| PREV. SERVICE 528747 | PREV. SERV. DATE 1/13/06 | IF MINOR - PARENT NAME | MED. REC. # 416887530 | ADMITTING/2ND PHYSICIAN POPE DAVID/ |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |

**AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT , ASSIGNMENT OF INSURANCE BENEFITS**

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

| DATE | TIME | SIGNED PATIENT | SIGNED GUARANTOR |

CHIEF COMPLAINT (If Accident State How, When, and Where)

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

| | | CONDITION ON DISC |
| | IMP | STABLE | EXPIRED |

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH

M.D.

M.D.

| PATIENT'S SIGNATURE ON DISCHARGE | DATE - TIME OF DISC. | PHYSICIAN'S SIGNATURE |

**Wiregrass Medical Center**
1200 W. Maple Avenue
Geneva, Alabama 36340

*529459*

## CONDITIONS FOR TREATMENT

*James Emmitt*

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date ___1-24___ 20_06_     X _Emmitt_____ Patient

Witness ___Gloria C.___     _____ Patient's Agent or Representative

_____ Relationship to Patient

### ASSIGNMENT OF MEDICARE BENEFITS:
#### PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

_____     _____     _____
Date                 Signature            Relationship to Patient

### ACKNOWLEDGEMENT OF MEDICARE

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

_____     _____     _____
Date                 Signature            Relationship to Patient

QCOD: Coding Summary Form

## Coding Summary Form

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | JONES, EMMITT | **Facility:** | Wiregrass Medical Center | **Payor:** PB1, PRIVATE PAY DEMAND BILL |
| **MRN:** | 416887530 | **Admission Dx:** | 723.1 | **Reimbursement:** |
| **Account #:** | 529459 | **Admission Date:** | 01/24/2006 | **DRG:** |
| **Sex:** | M | **Discharge Date:** | 01/24/2006 | **MDC:** |
| **DOB:** | 04/22/1961 | **LOS:** | 1 | **Weight:** |
| **Age:** | 44y | **Attending Provider:** | 008500, POPE, DAVID | **AMLOS:** |
| **Patient Type:** | O | | | **GMLOS:** |
| **Visit Type:** | O | **Discharge Status:** | 01, Discharged to home or self-care (routine discharge) | **Coding Status:** Complete |

| Dx | Code | Description |
|---|---|---|
| 1 | 723.1 | Cervicalgia |
| 2 | 380.10 | Infective Otitis Externa NOS |
| 3 | E888.9 | Unspecified Fall |

| Px | Code | Description | Date | Surgeon |
|---|---|---|---|---|

| CPT | Code | Description | Modifier | SVC Date | Surgeon |
|---|---|---|---|---|---|

**Notes**

| Note Type | Assigned Date | Memo |
|---|---|---|

Coder: **TRACEY** 01/25/2006

```
JONES EMMITT              E.R.
523459 POPE DAVID HYATT
DOB-04/22/61   44   MALE
01/24/06
```

**Wiregrass Medical Center**
**ER Triage Record**

_Emmitt Jones_
_4-22-61_
_22_

Addressograph                    ( )Emergent   ( ) Urgent   (✓) Non-Emergent

| | |
|---|---|
| Triage Notes: c/c Swelling + pain of left wrist left | Time: 0948 |
| ear onset last night, c/o pain in neck | Temp: 97.9 |
| from falling 2 years ago + 2 weeks ago | Pulse: 64 |
| | SpO2: 96% / Resp: 16 |
| | Room Air: (✓) BP: 134/94 |
| Allergies: NKDA | O2: |
| | |
| Tetanus:              Weight: 170 lbs   LMP: | |
| Family Physician: None | RN Signature: M Bay RN |

| Current Medications | Dose | Frequency | Last Dose |
|---|---|---|---|
| Colchros | 1 | daily this AM 1all pm? | |
| B/p pill | 1 | daily | this am |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Disposition: Home(✓) Dr. Office() Surgery () Expired() Adm Rm#    AMA/LWBS()  Date/Time: 1-24-06
Transfer to                    C/O Dr.                    Via                    1055

**WIREGRASS MEDICAL CENTER**
EMERGENCY PHYSICIAN RECORD

**NECK / BACK**
**INJURY / PAIN**

JONES EMMITT                    E.R.
522459 POPE DAVID HYATT
DOB-04/22/61   44   MALE
01/24/06

ER/ROOM                    ①

Time Seen: _____ Room: Exam
Historian: patient / EMS / _____
History limited by: _____ ☐ Translator

---

**CHIEF COMPLAINT:** ① ☑ injury / pain to neck  ☐painful swelling of ① ear
☐ injury / pain to back

**HISTORY OF PRESENT ILLNESS:**
age: **44**  race: W / B / H / O  gender: M / F
onset: 1° ☐ hrs / days / weeks
☑ h/o previous neck / back injury or pain

**Timing:** ☑ continues in ED  ☐ improved  ☐ resolved
**Severity of pain:** mild  moderate  severe
pain scale ( 1—10 ): **7**
**Location of pain:** R / L neck  paraspinal muscles  midline R > L
R / L  thoracic / lumbosacral
**Radiation of pain:** ☐ none
☐ arm / hand  R / L
☐ buttocks / thigh / leg / foot
**Associated injury:** yes / no  where? _____

**Cause of injury:** ☑ fall  ☐ bending  ☐ lifting  ☐ twisting / turning
C Spine X-Rays on 1/13/06 report
moderately severe cervical
spondylosis

**Work Related Injury:** Yes / No
**Exacerbation of pain:**  ☐ nothing      ☐ movement
☐ cough / sneeze  ☐ standing
**Associated symptoms:** ☐ none
☐ paresthesia / numbness
☐ neck pain
**Tetanus status:** ☐ current  ☐ > 5 yrs
**ADDITIONAL HISTORY:**
_____
_____
_____
_____

---

**PMH/SH/FH** ☐ Reviewed on nurse's notes and agree
**PAST MEDICAL HISTORY** ☑ none see HPI
☑ HTN  ☐ asthma  ☐ arthritis  ☐ diabetes
☐ other : _____

**SOCIAL HISTORY**
☐ alcohol      ☐ tobacco  ☐ drug abuse
☑ lives alone / spouse / family / nursing home (jail)

**MEDICATIONS** ☐ see nurse's notes
☑ NSAID
Celebrex
BB Pill (?)
_____
_____

**ALLERGIES** ☐ see nurse's notes  ☑ NKDA

---

**REVIEW OF SYSTEMS**
☑ ROS: ALL SYSTEMS REVIEWED & NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal:

☐ General:      ☐ fever          ☐ chills
☐ ENT:          ☐ sore throat    ☐ earache      ☐ URI sx
☐ Eyes:         ☐ visual complaints
☐ Resp:         ☐ cough          ☐ SOB / DOE
☐ CV:           ☐ chest pain
☐ GI:           ☐ nausea  ☐ vomiting  ☐ diarrhea  ☐ abd pain
☐ GU:           ☐ flank pain     ☐ dysuria / frequency / hematuria
☑ Skeletal:     see HPI
☐ Skin:         ☐ rash
☐ Neuro:        ☐ focal weakness  ☐ focal sensory loss  ☐ paresthesia
☐ Endocrine:    ☐ polyuria       ☐ polydipsia    ☐ weight change

---

**PHYSICAL EXAM**  ☑ vital signs reviewed   ☐ VS stable
HR **64**  Bp **39/94**  RR **16**  T **97.7**  SaO₂ % **96**

**APPEARANCE:**
☑ normal              ☐ distressed: mild / moderate / severe

**HEENT**
☐ normal              upper ¼ ① external ear
not swollen, tender
to firm
**NECK**
☐ non-tender         ☑ tender paraspinal muscles R/L  R > L
☐ full ROM           ☐ tender midline
☐ no muscle spasm    ☑ muscle spasm  R/L
mild  moderate  severe
☑ decreased ROM
☐ cervical adenopathy



**BACK**
☑ non-tender         ☐ tender paraspinal muscles  R / L
☑ full ROM           ☐ tender midline
☑ no muscle spasm    ☐ muscle spasm  R / L
mild  moderate  severe
☐ decreased ROM
☐ pain on leg raising
Right: _____ degrees
Left: _____ degrees

**ABDOMEN:** GI / GU
☑ soft               ☐ distended
☑ non-tender         ☐ tender
☑ no aortic bruit    ☐ aortic bruit
☐ CVA tenderness

JONES EMMITT          E.R.
529459 POPE DAVID HYATT
DOB-04/22/61  44  MALE
01/24/06

ER/ROOM

## Wiregrass Medical Center
### Emergency Department
### Nursing Assessment

Mode of Arrival: ☑ Ambulatory ☐ Stretcher ☐ Ambulance ☐ Arms
☐ Other:_____

Accompanied By: ☐ Self ☐ Family/Friend ☑ Police ☐ Other
Immunizations up to date? ☐ Y ☐ N *NA*

Developmental Age Same as Stated Age ☐ Yes ☐ No *NA*

Addressograph | How do you prefer to learn? Written ☐ Verbal ☐ Combination ☑

Initial Contact Time: *0948*    Allergies: *NKDA*
Date: *1-24-06*

### Treatment PTA

None ☑  Cervical Collar ☐  Spineboard ☐  Splint ☐  Dressings ☐ _____
IV Fluids:_____  Rate:_____  Site:_____
Airway:  None ☐  Oral ☐  ET Tube ☐  ☐ Oxygen _____ via ☐ NC  ☐ Mask

### Nutritional Assessment

Are you on a regular diet? ☑ Y ☐ N
Have you had a recent weight loss or gain? ☐ Y ☑ N
Comments:_____

### Respiratory

Respirations: ☑ Regular
☐ Irregular
☐ Shallow
☐ Deep
Breath Sounds: ☐ Bil. Clear
☐ Rhonchi ☐ Rales ☐ Wheezes
Cough: *" a little* ☑ Productive
☐ Nonproductive
Sternal Retractions? ☐ Yes ☐ No
Dyspnea? ☐ Yes ☐ No
Comments:_____

### Circulation

Skin: ☑ Warm    ☑ Dry
☐ Hot    ☐ Diaphoretic
☐ Cold    ☐ Clammy
Color: ☑ Normal    ☐ Pink
☐ Dusky ☐ Flushed ☐ Pale
☐ Cyanotic ☐ Jaundice
Edema: ☑ Yes ☐ No *NA*
JVD: ☐ Yes ☑ No
Capillary Refill: ☑ Quick ☐ Slow
Comments: *Edema of Penis*
*LA*

### Glasgow Coma Scale

Eyes Open:       Spontaneously  4
To Verbal Command  3
To Pain  2
No Response  1

Best Motor       Obeys  6
Response       Localizes Pain  5
Flexion-Withdrawal  4
Flexion/Abnormal  3
(Decorticate Rigidity)
Extension  2
(Decerebrate Rigidity)
No Response  1

Best       Oriented/Converses  5
Verbal   Disoriented/Converses  4
Response  Inappropriate Words  3
Incomprehensible Sounds  2
No Response  1

GCS Total (3-15):

### Neurological

Level of Consciousness:
☑ Alert  ☐ Responds to Voice
☐ Responds to Pain
☐ Unresponsive ☐ Lethargic
Orientation:
☑ Appropriate Response
☐ Inappropriate Response
Pupils: Brisk ☐ L ☐ R
Sluggish ☐ L ☑ R
Nonreactive ☐ L ☐ R
Size: L:____ R:____
Visual Acuity: ☐ N/A
OD:____ OS:____
Movement: ☐ Voluntary
☐ Involuntary
Hand Grasp:   L   R
Strong ☐   ☐
Weak ☐   ☐
Absent ☐   ☐
Slurred Speech? ☐ Yes ☐ No

### Abdominal

☐ Distended    ☐ Nausea
☐ Vomiting    ☐ Diarrhea
☐ Constipation  ☐ LBM:____
Bowel Sounds: ☐ Present
☐ Absent
Comments: *NA*

### Laceration(s)

Location(s):_____
Size(s):_____
Bleeding Controlled: ☐ Yes ☐ No
Comments:_____
*NA*
Full Range of Motion ☐ Y ☐ N
Pulse:_____ ☐ Y ☐ N
Sensation Intact: ☐ Y ☐ N

### Pain/Injury Location



Location (circled above)
Radiation (arrow above)

### GU-GYN

Pain in Voiding:  ☐ Yes ☐ No
Frequency    ☐ Yes ☑ No
Bleeding:    ☐ Yes ☐ No
Vaginal Bleeding ☑ Yes ☐ No
Vaginal Discharge ☐ Yes ☐ No
☐ Scant ☐ Moderate ☐ Large
Grav____ Para____ Ab____
Comments:_____

### Orthopedic

Ext Deformity: ☐ Yes ☐ No
Full ROM:    ☐ Yes ☐ No
Pulse:_____
Cap. Refill:_____ ☐ Brisk ☐ Slow
Temp:_____ ☐ Warm ☐ Cold
Sensation Intact: ☐ Yes ☐ No

### Emotional Assessment

Eye Contact ☐ Y ☐ N
Affect: ☐ Normal ☐ Flat
☐ Cooperative ☐ Disoriented
☐ Combative ☐ Anxious

Do you feel safe in your present living environment?
☐ Yes ☐ No
If no, would you like to talk to someone? ☐ Yes ☐ No
Comments: *recently incarcerated*

### Pain Contrd

Severity: 0 1 2 3 4 5 6 7 (8) 9 10
Exacerabated By: *nothing*
Relieved By: *nothing*    ☐ Pt unable to rate

### Nurse's Signature

*M.D. DR*

# HOSPITAL
## PHYSICIAN ORDER FORM : *GENERAL MEDICAL*

JONES EMMITT                    E.
528459 POPE DAVID HYATT
DOB-04/22/61  44   MALE
01/24/06

## LABORATORY ORDERS

| Order Time | LAB TEST | Time Order Sent |
|---|---|---|
| | CBC | |
| | BMP | |
| | CMP | |
| | PT / PTT | |
| | Cardiac profile | |
| | Liver profile | |
| | Amylase | |
| | Lipase | |
| | Serum preg test | |
| | Urinalysis | |
| | Urine C & S | |
| | Urine preg test | |
| | Blood cultures | |
| | Thyroid profile | |
| | | |
| drug levels: | | |

## RADIOLOGY ORDERS

| Order Time | X-RAY | Time Order Sent |
|---|---|---|
| | KUB | |
| | Abd - flat / upright | |
| | CXR – PA/lateral | |
| | IVP | |

US: □ GB □ aorta
□ kidney □ pancreas
CT scan: □ abdomen □ pelvis
□ head
contrast: □ IV □ po □ none

## CARDIOPULMONARY

| Order Time | TEST | Time Order Sent |
|---|---|---|
| | EKG | |
| | ABG | |
| | Sputum gm stain/C&S | |

## NURSING PROCEDURES
ER/ROOM

□  Cardiac monitor
□  Pulse Oximetry
□  Continuous BP monitoring
□  Oxygen :
□  Foley Catheter
□  NGT tube
□  Intravenous line
      □  hep lock    □  fluid:
                         RATE:
□
□                .
□
□
□
□
□

## MEDICATION ORDERS

| Order time | MEDICATION | Admin time | Nurse | Comments / ReAssessment |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DISCHARGE INSTRUCTIONS

NURSE SIGNATURE

PA /NP SIGNATURE

PHYSICIAN SIGNATURE

# WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

### ED-OP
### HOME INSTRUCTION SHEET

| 1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. A.R NO. |
|---|---|---|

**INFORMATION**

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|

| 10. PATIENTS LEGAL NAME (L,F,MI) | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19. |
|---|---|---|---|---|---|---|---|---|---|

| 20. RP | 21. NOTIFY IN EMERGENCY | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED |
|---|---|---|---|---|

| 25. C COMPLAINT 26 | | |
|---|---|---|

**OUTPATIENT SURGERY INFORMATION**

| 27. PROC CD | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES |
|---|---|---|---|---|

| 32. PHYSICIAN CALLED     E. R. | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN |
|---|---|---|

JONES EMMITT
522459 POPE DAVID HYATT   MALE
DOB O CM            37/61    A4
01/24/06

## SPRAIN, FRACTURE, & SEVERE BRUISES
- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours.
- ☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- ☐ If you have a cast, keep it perfectly dry at all times.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast—this should be done often if it does not cause pain.
- ☐ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
- ☐ Use crutches.

## BACK AND NECK INJURY INSTRUCTIONS
- ☐ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movement that make the pain worse.
- ☐ Relax emotionally - if you are tense the problem will not be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
- ☐ Wear special collar when out of bed.

## HEAD INJURY INSTRUCTIONS
Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:
- ☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
- ☐ Check eyes to see that both pupils are of equal size.
- ☐ Prevent the taking of sleeping pills, tranquilizers or alcohol.
- ☐ Restrict excessive work or play.
  *Call your family doctor or local hospital immediately if the patient:*
- ☐ Develops a severe headache.
- ☐ Vomits more than twice within a short time.
- ☐ Is confused, faints or is hard to awaken.
- ☐ Has a pupil of one eye larger that the other
- ☐ Complains of double vision
- ☐ Shows abnormal behavior such as staggering or walking into things.

## X-RAY INSTRUCTIONS
Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

## WOUND CARE (Cuts, Abrasions, Burns, Stitches)
- ☐ Keep the dressings clean and dry.
- ☐ Elevate the wound to help relieve soreness and help speed wound healing.
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- ☐ Dressing should be changed in _____ days.
- ☐ Treatment rendered _____
- ☐ Tetanus Toxoid given _____
  250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
- ☐ Warm soaks to area 4 times daily. 20-40 minutes each time.
- ☐ Continuous warm compresses.

## VOMITING & DIARRHEA
- ☐ Do not feed anything for 4 hours.
- ☐ After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungrey you may add 1 teaspoon of sugar to each ounce of liquid.
- ☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
- ☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
- ☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
- ☐ Contact your doctor's office for further instructions after 24 hours.

## GENERAL INSTRUCTIONS
- ☐ Stay in bed/may go to bathroom.
- ☐ Use vaporizer.
- ☐ Drink large amounts of liquids.
- ☐ Take _____ aspirin every 4 hours..
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part
- ☐ You need not necessarily limit activity.
- ☐ Fill Prescriptions given to you from Emergency Dept. and take as directed.
- ☐ No driving or any activity requiring mental alertness after receiving medication.

## FEVER OVER 102
- ☐ Sponge with lukewarm water in the tub.
- ☐ If temperature increases or persists for 24 hours, see your family doctor.

## EYE INJURY
- ☐ Any eye injury is potentially hazardous.
- ☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
- ☐ Do not drive with eye patch.

## ANIMAL OBSERVATION
Instructions for observation of any animal that may have bitten a human if that animal is available for observation.
- ☐ Have animal taken to Vetennarian for observation.
- ☐ If the owner should refuse to take the animal to the Vetennarian, notify the County Health Officer of the situation.

ADDITIONAL INSTRUCTIONS  *Continue present Medication, May apply Heat to Neck for pain*

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before all my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

| PATIENT/PARENT'S SIGNATURE | NURSE'S SIGNATURE | PHYSICIAN'S SIGNATURE |
|---|---|---|
| X *E Emmitt Jones* | *B J R* | |

## SCHOOL AND WORK EXCUSE

| PATIENT NAME | | DATE |
|---|---|---|

| | |
|---|---|
| ☐ No work for _____ days | ☐ No school for _____ days |
| ☐ Light work for _____ days | ☐ No Physical Education for _____ days |
| ☐ May return to work on _____ | ☐ May return to school on _____ |

WIREGRASS MEDICAL CENTER

# ADVANCE DIRECTIVE
## ACKNOWLEDGEMENT

NAME: _Emmitt Jones_    SOC. SEC. NO: _416 887 530_
IDENTIFICATION NO: _529459_    DATE OF BIRTH: _4-22-61_

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.

1. I have been given written materials about my right to accept or refuse medical treatments

2. I have been informed of my rights to formulate Advance Directives.

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility.

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

## PLEASE CHECK <u>ONE</u> OF THE FOLLOWING STATEMENTS:

☐ **I HAVE** executed an Advance Directive.

☑ **I HAVE NOT** executed an Advance Directive.

Signed _X Emmitt Jones_    Date: _____

Witness: _____    Date: _____

Witness: _Gloria Cox_    Date: _1-24-06_

Form # 390  Advance Directive Acknowledgement

```
JONES EMMITT          E.R.
529459 POPE DAVID HYATT
DOB-04/22/61  44    MALE
01/24/06

ER/ROOM
```

Wiregrass Medical Center
ER Level of Service Charge Sheet

| | | Integumentary |
|---|---|---|
| | 19611760 | Repair of Nail Bed |
| | 19611740 | Subungal Hematoma |
| | | Dressing Application |
| | 19610120 | FB removal |
| | 19620000 | I&D Abcess |
| | 19600000 | Laceration Repair (simple,intermed) |
| | 19610000 | Laceration Complex |
| | 19611040 | Debridement |
| | 19616020 | Treatment of Burns |
| | | Orthopedics |
| | | Behr Block/Regional Block |
| | 19629500 | Casting/Splinting |
| | 19629705 | Removal or Revision of Cast |
| | | Tx of fx/dislocation with manipulation |
| | 19620950 | Compartmental Syndrome |
| | | Neurological |
| | 19662290 | Lumbar Puncture |

| | | Circulatory |
|---|---|---|
| | | Jugular,Cutdown, Central Line |
| | 19636430 | Blood Administration |
| | 19692960 | Cardioversion, Mechanical |
| | 19692950 | Code Blue |
| | 19692953 | External Pacemaking |
| | 19631500 | Intubation |
| | 19690471 | Vacine Admin.  (other than Rabies) |
| | 19690675 | Vacine Administration (Rabies) |
| | 19690784 | Medication Administration IV |
| | 19690782 | Medication Administration IM or SQ |
| | 19690780 | IV infusion-up to 1 hour |
| | 19690781 | IV infusion-each additional hour |
| | 19649080 | Paracentesis |
| | | Peritoneal Lavage/Tap |
| | 19632000 | Thoracentesis |
| | 19633010 | Pericardiocentesis |
| | 19632002 | Chest Tube Insertion |
| | | IV Hydration |

| | | Other |
|---|---|---|
| | 19682962 | Glucose fingerstick |

| | | ENT |
|---|---|---|
| | | Eye Irrigation |
| | | Eye Exam/Corneal Abrasion |
| | | Foreign Body Removal Ear |
| | | Foreign Body Removal Nose |
| | | Irrigation Ear |
| | | Nose Bleed/Nasal Packing |
| | | Rust Ring (Foreign Body Removal) |

| | | Respiratory |
|---|---|---|
| | 19631603 | Tracheotomy |
| | 19631605 | Cricothyrotomy |
| | 19631603 | Trach Change |

| | | Gastrointestinal |
|---|---|---|
| | 19691105 | Gastric Lavage or NGT insertion |
| | 19643760 | Gastrostomy Tube Placement |

| | | Genitourinary |
|---|---|---|
| | 19659409 | Delivery/Birth |
| | | Supra Pubic Cath, or Turkey Tray |
| | 19651700 | Irrigation of Catheter |
| | | Pelvic Exam |

| | | Treatment Level |
|---|---|---|
| | 19699211 | Low Level E/R |
| | 19699281 | Emergency WD |
| | 19699282 | Emergency I |
| | | Emergency I with procedure |
| | 19699283 | Emergency II |
| | | Emergency II with procedure |
| | 19699284 | Emergency III |
| | | Emergency III with procedure |
| | 19699285 | Emergency IV |
| | | Emergency IV with procedure |
| | 19699291 | Critical Care |
| | | Critical Care with procedure |
| | | Observation I |
| | | Observation II |
| | | Observation III |

# Wiregrass Medical Center
## Emergency Physician's Charge Sheet          Date:

```
JONES EMMITT
529459 POPE DAVID HYATT     E.R
DOB-04/22/61  44  MALE
01/24/06

ER/ROOM
```

| Level of Service | | Debridement | | Repair/Simple- Single Layer Cont'd | |
|---|---|---|---|---|---|
| | | 19511000 | Infected Skin | Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes | |
| 19599281 | Level I | 19511040 | Partial Skin Thickness | | |
| ✗ 19599282 | Level II | 19511041 | Skin, Full Thickness | 19512011 | 2.5 cm or less |
| 19599283 | Level III | 19511042 | Skin and Sub Q Tissue | 19512013 | 2.6 - 5.0 cm |
| 19599284 | Level IV | 19511043 | Skin, Sub Q, Muscle | 19512014 | 5.1-7.5 cm |
| 19599285 | Level V | 19511044 | Skin, Sub Q, Muscle, Bone | 19512015 | 7.6 - 12.5 cm |
| 19599288 | Direct Life Support In Transit | Hematoma and Abcess | | 19512016 | 12.6 - 20.0 cm |
| 19599025 | Visit with Surgery | 19510060 | I&D Simple Abcess, Furuncle | 19512017 | 20.1 - 30.0 cm |
| 19599291 | Critical Care per Hour | 19510061 | I&D Simple Abcess, Complicated/ | 19512018 | Over 30.0 cm |
| 19599292 | Critical Care per 1/2 hour | | Multiple | 19512020 | Superficial WD Dehis |
| 19591105 | NG Lavage/Aspiration | 19510140 | I&D Hematoma Simple | 19512021 | Superficial WD Dehis-Pack |
| 19599175 | Ipecac Admin/Observe Gastric | 19510160 | I&D Puncture Aspiration, Abcess | Repair/Intermediate-Layered | |
| | emptying | 19546320 | Hemorrhoid, Thrombosed | Scalp, Axillae, Trunk, and/or Extremities | |
| Airway/Pulmonary | | Burns | | 19512031 | 2.5 cm or less |
| 19531500 | Endotracheal Intubation | 19516000 | First Degree Burn, Initial | 19512032 | 2.6 - 7.5 cm |
| 19531511 | FB Removal | 19516020 | Small Burn, Debride,Dress | 19512034 | 7.6 - 12.5 cm |
| 19532020 | Tube Thoracostomy | 19516025 | Medium Burn, Debride/Dress | 19512035 | 12.6 - 20.0 cm |
| Vascular Procedures | | 19516030 | Large Burn, Debride/Dress | 19512036 | 20.1 - 30.0 cm |
| 19536410 | Non-Routine Venipuncture | OB/GYN Procedures | | 19512037 | Over 30.0 cm |
| 19590780 | IV Therapy Requiring MD | 19556405 | I&D, Abcess, Vulva | Neck, Hand, Feet, and/or External Genitalia | |
| | per hour | 19556420 | I&D, Bartholin Abcess | 19512041 | 2.5 cm or less |
| 19592977 | Thrombolysis IV infusion | 19559410 | Emergency Vaginal Delivery | 19512042 | 2.6 - 7.5 cm |
| Cardiac Procedures | | Arthrocentesis | | 19512045 | 7.6- 12.5 cm |
| 19592950 | CPR | 19520600 | Arthrocentesis, Small Joint | 19512046 | 12.6 - 20.0 cm |
| 19592953 | Transcutaneous Pacing | 19520605 | Arthrocentesis, Intermediate Joint | 19512047 | 20.0 - 30.0 cm |
| 19592950 | Cardioversion, Elective | 19520610 | Arthrocentesis, Major Joint | | Over 30.0 cm |
| 19593010 | EKG Interpretation | Miscellaneous Fractures | | Face, Ears, Eyelids, Nose, Lips, and/or Mucous Membranes | |
| Ophthalmology | | 19521800 | Closed Rib Fracture | | |
| 19565205 | FB | 19523500 | Clavicle | 19512051 | 2.5 cm or less |
| 19565210 | FB Conjunctival/Embedded | 19523720 | Closed Phalangeal Shaft | 19512052 | 2.6 - 5.0 cm |
| 19567938 | FB, Eyelid | 19526750 | Closed Distal Phalangeal | 19512053 | 5.1 - 7.5 cm |
| Ear,Nose, and Throat | | 19528490 | Closed Fracture, Great Toe | 19512054 | 7.6 - 12.5 cm |
| 19542809 | FB Pharynx | 19528510 | Closed Phalanx other than Gr. Toe | 19512055 | 12.6 - 20.0 cm |
| 19569200 | FB External Ear Canal | Miscellaneous Closed Dislocations | | 19512056 | 20.1 - 30.0 cm |
| 19569210 | Impacted Cerumen | 19521480 | TMJ Uncomplicated | 19512057 | Over 30.0 cm |
| 19530300 | FB Intranasal | 19523650 | Shoulder w/ Manipulation | Repair/Complex-Reconstructive or | |
| 19530901 | Anterior Epitaxis, Simple | 19524640 | Nursemaid's Elbow | Complicated Wound Closure | |
| 19530903 | Anterior Epitaxis, Complex | 19526700 | Finger, MP Joint | Trunk | |
| 19530905 | Posterior Epitaxis, Initial | 19526770 | Finger, IP Joint | 19513100 | 1.1 - 2.5 cm |
| Soft Tissue/Foreign Body Removal | | 19526860 | Toe iP Joint | 19513101 | 2.6 - 7.5 cm |
| 19510120 | Sub Q, Simple | Miscellaneous Procedures | | Scalp, Arms, and/or Legs | |
| 19510121 | Sub Q, Complicated | 19553670 | Urine Catheterization, Simple | 19513120 | 1.1 - 2.5 cm |
| 19520520 | Muscle, Simple | 19553675 | Urine Catheterization, Complex | 19513121 | 2.6 - 7.5 cm |
| 19520525 | Muscle, Complex | 19562270 | Spinal Puncture | Forehead, Cheeks, Chin, Mouth, Neck, | |
| Nails | | 19564450 | Digital Block | Axillae, Genitalia, Hands, and or Feet | |
| 19511730 | Avulsion/Nail, Simple | 19582270 | Stool for Occult Blood | 19513131 | 1.1 - 7.5 cm |
| 19512740 | Subungal Hematoma | 19593042 | Rhythm Strip Interpretation | Eyelids, Nose, Ears, and/or Lips | |
| 19511750 | Nail Removal | Repair/Simple- Single Layer | | 19513151 | 1.1 - 7.5 cm |
| | | Scalp, Neck, Axillae, External Genitalia, Trunk, | | 19513152 | 2.6 - 7.5 cm |
| | | and/or extremities | | Miscellaneous | |
| | | 19512001 | 2.5 cm or less | 19520552 | Injection-trigger point 1-2 mus. |
| | | 19512002 | 2.6 - 7.5 cm | 19520553 | Injection-trigger point 3 + mus. |
| | | 19512004 | 7.6 - 12.5 cm | | |
| | | 19512005 | 12.6 - 20.0 cm | | |
| | | 19512006 | 20.1 - 30.0 cm | | |

# Exhibit I

## Inmate Request Form
## dated January 24, 2006

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME _Emmitt Ives_ CELL _L/5_ DATE _1/27/06_

TELEPHONE CALL ____ MEDICAL _✓_ DENTAL _____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER _____

SHERIFF ____ JAIL ADMINSTRATOR ____ JUDGE _____ NOTARY ____

### BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

_Need To CALL ~~Samson~~_

_Samson_

_Thank You_

---

_DO NOT WRITE BELOW!!_    _FOR SHERIFF'S DEPARTMENT USE ONLY_

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR _____ SHERIFF _____

JAILER _JL Robinson_ DATE _1-27-06_ TIME _8:45_
SIGNATURE

TO BE PLACED IN INMATE'S FILE

_Call - SW will he said would get_
_Samson To Take him_

# Exhibit J

# Wiregrass Medical Center Records
# dated January 27, 2006

WIREGRASS MEDICAL CENTER          1200 W MAPLE AVE          GENEVA          AL 36340

| EXPECT DATE 1/27/06 | | | | | | | | EMERGENCY ROOM • OUTPATIENT RECORD |
|---|---|---|---|---|---|---|---|---|

| PATIENT NUMBER 529718 | TYPE 3 | PATIENT NAME JONES EMMITT | | AGE 44 | BIRTHDATE 4/22/1961 | SEX M | M/S DB | DATE OF SERVICE 1/27/06 | TIME 09:51 | CLERK INIT. GDC |
|---|---|---|---|---|---|---|---|---|---|---|

| ADDRESS - LINE 1 308 S LINE ST | ADDRESS - LINE 2 | | CITY SAMSON | STATE AL | ZIP CODE 36477 | TELEPHONE 334-684-9978 |
|---|---|---|---|---|---|---|

| PATIENT SSAN 416887530 | NOTIFY IN CASE OF EMERGENCY - NAME ENGRAM KEISAH | RELATIONSHIP DAUGHTER | ADDRESS AL | TELEPHONE 334-684-9978 |
|---|---|---|---|---|

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| | | TIME | EVENT |

| GUARANTOR NAME JONES EMMITT | GUARANTOR ADDRESS 308 S LINE ST | CITY SAMSON | STATE AL | ZIP CODE 36477 | GUAR. TELEPHONE 684-9978 |
|---|---|---|---|---|---|

| GUARANTOR EMPLOYER NONE | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|

| PREV. SERVICE 529459 | PREV. SERV. DATE 1/24/06 | IF MINOR - PARENT NAME | MED. REC. # 416887530 | ADMITTING/2ND PHYSICIAN NAEEM MUHA/ |
|---|---|---|---|---|

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS**

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the Hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

| DATE | TIME | SIGNED PATIENT | SIGNED GUARANTOR |
|---|---|---|---|

CHIEF COMPLAINT (If Accident State How, When, and Where)

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

| | CONDITION ON DISC | | |
|---|---|---|---|
| | IMP | STABLE | EXPIRED |

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH

M.D.

M.D.

| PATIENT'S SIGNATURE ON DISCHARGE | DATE - TIME OF DISC. | PHYSICIAN'S SIGNATURE |
|---|---|---|

BY SIGNING HERE I CERTIFY THAT I UNDERSTAND THE FOLLOW-UP

**Wiregrass Medical Center**
1200 W. Maple Avenue
Geneva, Alabama 36340

## CONDITIONS FOR TREATMENT

*5 29718*
*Jones Emmitt*

1.  **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2.  **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited, to the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3.  **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4.  **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5.  **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date _____ *1-27* _____ 20 *06*      _____
                                              Patient

Witness _____

_____
Patient's Agent or Representative

_____
Relationship to Patient

### ASSIGNMENT OF **MEDICARE** BENEFITS:
**PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST**

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

_____        _____        _____
Date                   Signature              Relationship to Patient

### ACKNOWLEDGEMENT OF MEDICARE

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

_____        _____        _____
Date                   Signature              Relationship to Patient

## Coding Summary Form

| | | | | | |
|---|---|---|---|---|---|
| **Patient Name:** | JONES, EMMITT | **Facility:** | Wiregrass Medical Center | **Payor:** | PB1, PRIVATE PAY DEMAND BILL |
| **MRN:** | 416887530 | **Admission Dx:** | 721.0 | **Reimbursement:** | |
| **Account #:** | 529718 | **Admission Date:** | 01/27/2006 | **DRG:** | |
| **Sex:** | M | **Discharge Date:** | 01/27/2006 | **MDC:** | |
| **DOB:** | 04/22/1961 | **LOS:** | 1 | **Weight:** | |
| **Age:** | 44y | **Attending Provider:** | 941400, NAEEM, MUHAMMED | **AMLOS:** | |
| **Patient Type:** | O | | | **GMLOS:** | |
| **Visit Type:** | O | **Discharge Status:** | 01, Discharged to home or self-care (routine discharge) | **Coding Status:** | Complete |

| Dx | Code | Description | | | |
|---|---|---|---|---|---|
| 1 | 721.0 | Cervical Spondylosis w/o Myelopathy | | | |
| **Px** | **Code** | **Description** | **Date** | **Surgeon** | |
| **CPT** | **Code** | **Description** | **Modifier** | **SVC Date** | **Surgeon** |

**Notes**

| Note Type | Assigned Date | Memo |
|---|---|---|

Coder: **TRACEY** 01/31/2006

```
JONES EMMITT                    E.R.
529719 NAEEM MUHAMMED
DOB-04/22/61   44   MALE
01/27/06
```

**Wiregrass Medical Center**
**ER Triage Record**

Jones, E
4-22-61

⑧

```
ER/ROOM
```

| Addressograph | ( ) Emergent   ( ) Urgent   (✓) Non-Emergent |
|---|---|

| Triage Notes: 44 yr old Blm presents c/o Sudden | Time: 0943 |
|---|---|
| onset of neck pain this am    c/o HA | Temp: 97.6 |
|  | Pulse: 62 |
|  | SpO2: 95% Resp: 18 |
|  | Room Air: (✓) BP: 163/103 |

| Allergies:   NKDA | O2: |
|---|---|

| Tetanus: | Weight: | LMP: | |
|---|---|---|---|
| Family Physician:  MD | | RN Signature: | |

| Current Medications | Dose | Frequency | Last Dose |
|---|---|---|---|
| Methocarbamol  '24 | 750 | ↑ TID | |
| Cephalexin  '24 | 500 | ↑ Q10 | |
| Diltiazem  '13 |  | ↑ Daily | |
| Celebrex  '13 | 200 | ↑ Daily | |
|  |  |  |  |

| Disposition: Home(✓)   Dr. Office()   Surgery ()   Expired()   Adm Rm# | AMA/LWBS()   Date/Time: 1/27/06 |
|---|---|
| Transfer to | C/O Dr. | Via |

JONES EMMITT          E.R.
522718 NAEEM MUHAMMED
DOB-04/22/61  44  MALE
01/27/06

ED/ROOM

## WIREGRASS MEDICAL CENTER
### EMERGENCY PHYSICIAN RECORD

### NECK / BACK
### INJURY / PAIN

Time Seen: 1000 14   Room: _____
Historian: patient / EMS / _____
History limited by: _____  ☐ Translator

---

**CHIEF COMPLAINT:**  ☐ injury / pain to neck
☐ injury / pain to back

**HISTORY OF PRESENT ILLNESS:**
age: _____ race: W /(B)/ H / O   gender:(M)/ F
onset: _____ hrs / days / weeks
☐ w/o previous neck / back injury or pain
Timing: ☑ continues in ED   ☐ improved   ☐ resolved
Severity of pain:  mild (moderate) severe
   pain scale  ( 1—10 ): _____
Location of pain:   R / L  neck  paraspinal muscles  midline
   R / L  thoracic / lumbosacral
Radiation of pain:  ☐ none
   ☐ arm / hand (R / L)
   ☐ buttocks /(thigh / leg)/ foot
Associated injury:  yes /(no)  where? _____

Cause of injury:  ☐ fall   ☐ bending  ☐ lifting (twisting)/ turning
   long time ago - neck
EP - 04/29/06.   c-spine 7/3/06
   spondylosis

Work Related Injury:   Yes /(No)
Exacerbation of pain:  ☐ nothing        ☐ movement
   ☐ cough / sneeze     ☐ standing
Associated symptoms:  ☐ none
   ☐ paresthesia / numbness
   ☐ neck pain
Tetanus status:   ☐ current   ☐ > 5 yrs
ADDITIONAL HISTORY: Problem created 2 years ago
   when he fell.

---

**PMH/SH/FH**  ☐ Reviewed on nurse's notes and agree

**PAST MEDICAL HISTORY**   ☐ none
☐ HTN  ☐ asthma  ☐ arthritis  ☐ diabetes
☐ other : _____

**SOCIAL HISTORY**
☐ alcohol   ☐ tobacco   ☐ drug abuse
☐ lives alone / spouse / family / nursing home
   Jail inmate

**MEDICATIONS**   ☑ see nurse's notes
☐ NSAID
_____
_____
_____
_____

**ALLERGIES**   ☑ see nurse's notes   ☐ NKDA
_____
_____

---

**REVIEW OF SYSTEMS**
☑ ROS: ALL SYSTEMS REVIEWED & NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal:

| | | |
|---|---|---|
| ☐ General: | ☐ fever | ☐ chills |
| ☐ ENT: | ☐ sore throat | ☐ earache   ☐ URI sx |
| ☐ Eyes: | ☐ visual complaints | |
| ☐ Resp: | ☐ cough | ☐ SOB / DOE |
| ☐ CV: | ☐ chest pain | |
| ☐ GI: | ☐ nausea  ☐ vomiting  ☐ diarrhea  ☐ abd pain | |
| ☐ GU: | ☐ flank pain   ☐ dysuria / frequency / hematuria | |
| ☐ Skeletal: | see HPI | |
| ☐ Skin: | ☐ rash | |
| ☐ Neuro: | ☐ focal weakness  ☐ focal sensory loss ☐ paresthesia | |
| ☐ Endocrine: | ☐ polyuria  ☐ polydypsia  ☐ weight change | |

---

**PHYSICAL EXAM**   ☑ vital signs reviewed   ☑ VS stable
HR _____ Bp _____ RR _____ T _____ SaO₂ % _____

**APPEARANCE:**
☐ normal              ☐ distressed: mild / moderate / severe

**HEENT**
☑ normal              _____

**NECK**
☑ non-tender          ☐ tender paraspinal muscles  R / L
☐ full ROM            ☐ tender midline
☐ no muscle spasm     ☐ muscle spasm   R / L
                         mild  moderate  severe
                      ☑ decreased ROM  in all directions
                      ☐ cervical adenopathy

**BACK**
☐ non-tender          ☐ tender paraspinal muscles  R / L
☐ full ROM            ☐ tender midline
☐ no muscle spasm     ☐ muscle spasm   R / L
                         mild  moderate  severe
                      ☐ decreased ROM
                      ☐ pain on leg raising
                         Right: _____ degrees
                         Left: _____ degrees

**ABDOMEN: GI / GU**
☑ soft                ☐ distended
☐ non-tender          ☐ tender
☐ no aortic bruit     ☐ aortic bruit
                      ☐ CVA tenderness

## Wiregrass Medical Center
### Emergency Department
### Nursing Assessment

E.R.

NED EMMITT
971? WAEEM MOHAMMED  MALE
1/-04/22/61   44
1/27/06

**Mode of Arrival:** ☑ Ambulatory ☐ Stretcher ☐ Ambulance ☐ Arms ☐ Other:_____

**Accompanied By:** ☐ Self ☐ Family/Friend ☑ Police ☐ Other
immunizations up to date? ☑ Y ☐ N

Developmental Age Same as Stated Age ☐ Yes ☑ No

Addressograph    How do you prefer to learn? Written ☐ Verbal ☐ Combination ☑

Initial Contact Time: __9143__   Allergies: __NKDA__
Date: __1/27/06__

| Treatment PTA | | Nutritional Assessment |
|---|---|---|

**Treatment PTA**

None ☐ Cervical Collar ☐ Spineboard: ☐ Splint ☐ Dressings ☐ __R 2__
IV Fluids:_____ Rate:_____ Site:_____
Airway: None ☐ Oral ☐ ET Tube ☐ ☐ Oxygen ____ via ☐ NC ☐ Mask

**Nutritional Assessment**

Are you on a regular diet? ☑ Y ☐ N
Have you had a recent weight loss or gain? ☐ Y ☑ N
Comments:_____

### Respiratory

**Respirations:** ☐ Regular ☐ Irregular ☐ Shallow ☐ Deep
**Breath Sounds:** ☐ Bil. Clear ☐ Rhonchi ☐ Rales ☐ Wheezes
**Cough:** ☐ Productive ☐ Nonproductive
**Sternal Retractions?** ☐ Yes ☐ No
**Dyspnea?** ☐ Yes ☐ No
Comments:_____

### Circulation

**Skin:** ☐ Warm ☐ Dry ☐ Hot ☐ Diaphoretic ☐ Cold ☐ Clammy
**Color:** ☐ Normal ☐ Pink ☐ Dusky ☐ Flushed ☐ Pale ☐ Cyanotic ☐ Jaundice
**Edema:** ☐ Yes ☐ No
**JVD:** ☐ Yes ☐ No
**Capillary Refill:** ☐ Quick ☐ Slow
Comments:_____

### Glasgow Coma Scale

| | | |
|---|---|---|
| **Eyes Open:** | Spontaneously | 4 |
| | To Verbal Command | 3 |
| | To Pain | 2 |
| | No Response | 1 |
| **Best Motor Response** | Obeys | 6 |
| | Localizes Pain | 5 |
| | Flexion-Withdrawal | 4 |
| | Flexion/Abnormal (Decorticate Rigidity) | 3 |
| | Extension (Decerebrate Rigidity) | 2 |
| | No Response | 1 |
| **Best Verbal Response** | Oriented/Converses | 5 |
| | Disoriented/Converses | 4 |
| | Inappropriate Words | 3 |
| | Incomprehensible Sounds | 2 |
| | No Response | 1 |

**GCS Total (3-15):** ⟨

### Laceration (s)

Location(s):_____
Size(s):_____
Bleeding Controlled: ☐ Yes ☐ No
Comments:_____
Full Range of Motion ☐ Y ☐ N
Pulse:_____ ☐ Y ☐ N
Sensation Intact: ☐ Y ☐ N

### Neurological

**Level of Consciousness:**
☐ Alert ☐ Responds to Voice
☐ Responds to Pain
☐ Unresponsive ☐ Lethargic

**Orientation:**
☑ Appropriate Response
☐ Inappropriate Response

**Pupils:** Brisk ☐ L ☐ R
Sluggish ☐ L ☐ R
Nonreactive ☐ L ☐ R
**Size:** L:____ R:____
Visual Acuity: ☑ N/A
OD:____ OS:____
**Movement:** ☑ Voluntary ☐ Involuntary
**Hand Grasp:** L    R
Strong ☐ ☐
Weak ☐ ☐
Absent ☐ ☐
**Slurred Speech?** ☐ Yes ☐ No

### Abdominal

☐ Distended ☐ Nausea
☐ Vomiting ☐ Diarrhea
☐ Constipation ☐ LBM
Bowel Sounds: ☑ Present ☐ Absent
Comments:_____

### Emotional Assessment

Eye Contact ☑ Y ☐ N
Affect: ☑ Normal ☐ Flat
☑ Cooperative ☐ Disoriented
☐ Combative ☐ Anxious

**Pain/Injury Location**



**Location (circled above)**

**Radiation (arrow above)**

### GU-GYN

Pain in Voiding: ☐ Yes ☐ No
Frequency ☐ Yes ☐ No
Bleeding: ☐ Yes ☐ No
Vaginal Bleeding ☐ Yes ☐ No
Vaginal Discharge ☐ Yes ☐ No
☐ Scant ☐ Moderate ☐ Large
Grav____ Para____ Ab____
Comments:_____

### Orthopedic

Ext Deformity: ☐ Yes ☐ No
Full ROM: ☑ Yes ☐ No
Pulse:_____
Cap. Refill: ☐ Brisk ☐ Slow
Temp: ☑ Warm ☐ Cold
Sensation Intact: ☐ Yes ☐ No

Do you feel safe in your present living environment?
☑ Yes ☐ No
If no, would you like to talk to someone? ☐ Yes ☐ No
Comments:_____

### Nurse's Signature

### Pain Cont'd

Severity:
0  1  2  3  4  5  6  (7)  8  9  10
Exacerabated By:_____
Relieved By:_____    ☐ Pt unable to rate

JONES EMMITT
529718 NAEEM MUHAMMED
DOB-04/22/61   44   MALE
01/27/06

## HOSPITAL
## PHYSICIAN ORDER FORM : *GENERAL MEDICAL*



| LABORATORY ORDERS | | |
|---|---|---|
| Order Time | *LAB TEST* | Time Order Sent |
| | CBC | |
| | BMP | |
| | CMP | |
| | PT / PTT | |
| | Cardiac profile | |
| | Liver profile | |
| | Amylase | |
| | Lipase | |
| | Serum preg test | |
| | Urinalysis | |
| | Urine C & S | |
| | Urine preg test | |
| | Blood cultures | |
| | Thyroid profile | |
| | drug levels: | |

| RADIOLOGY ORDERS | | |
|---|---|---|
| Order Time | *X-RAY* | Time Order Sent |
| | KUB | |
| | Abd - flat / upright | |
| | CXR— PA/lateral | |
| | IVP | |
| | US: □ GB □ aorta | |
| | □ kidney □ pancreas | |
| | CT scan: □ abdomen □ pelvis | |
| | □ head | |
| | contrast: □ IV □ po □ none | |

| CARDIOPULMONARY | | |
|---|---|---|
| Order Time | *TEST* | Time Order Sent |
| | EKG | |
| | ABG | |
| | Sputum gm stain/C&S | |

| NURSING PROCEDURES |
|---|
| □ Cardiac monitor |
| □ Pulse Oximetry |
| □ Continuous BP monitoring |
| □ Oxygen : |
| □ Foley Catheter |
| □ NGT tube |
| □ Intravenous line |
|      □ hep lock    □ fluid: |
|      RATE: |
| □ |
| □ |
| □ |
| □ |
| □ |

## MEDICATION ORDERS

| Order time | MEDICATION | Admin time | Nurse | Comments / ReAssessment |
|---|---|---|---|---|
| | Rx Toradol 60 ? IM WW R. | | | |

## DISCHARGE INSTRUCTIONS

F/U By physician at Jail

NURSE SIGNATURE

PA /NP SIGNATURE

PHYSICIAN SIGNATURE

# WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

**ED-OP**
**HOME INSTRUCTION SHEET**

| 1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. AIR NO. |
|---|---|---|

**INFORMATION**

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|

| 10. PATIENTS LEGAL NAME (L,F,MI) | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19. |
|---|---|---|---|---|---|---|---|---|---|
| JONES EMMITT | | | | | E.R. | | | | |
| 523718 WHEEM MUHANNED | | | | | | | | | |

| 20. RP | 21. NOTIFY IN EMERGENCY | | | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED |
|---|---|---|---|---|---|---|
| | DOB 04/22/61 | 44 | MALE | | | |
| | 01/27/06 | | | | | |

| 25. C. COMPLAINT 26. | | 27. PROC CD | 28. PROCEDURE | | 29.B. LOC | 30. TIME | 31. ANES |
|---|---|---|---|---|---|---|---|

**OUTPATIENT SURGERY INFORMATION**

| | ER/ROOM | | | | | | |
|---|---|---|---|---|---|---|---|

| 32. PHYSICIAN CALLED | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN |
|---|---|---|

---

### SPRAIN, FRACTURE, & SEVERE BRUISES

- ☐ Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- ☐ Ice packs also help prevent swelling, especially during the first 48 hours.
- ☐ Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- ☐ If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- ☐ If you have a cast, keep it perfectly dry at all times.
- ☐ Wiggle toes or fingers to help prevent swelling in the cast--this should be done often if it does not cause pain.
- ☐ If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly
- ☐ Use crutches.

### BACK AND NECK INJURY INSTRUCTIONS

- ☐ USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
- ☐ Rest as much as possible until you are improved.
- ☐ Avoid positions and movement that make the pain worse.
- ☐ Relax emotionally - if you are tense the problem will on be worse.
- ☐ Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
- ☐ Wear special collar when out of bed.

### HEAD INJURY INSTRUCTIONS

Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:

- ☐ Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
- ☐ Check eyes to see that both pupils are of equal size.
- ☐ Prevent the taking of sleeping pills, tranquilizers or alcohol.
- ☐ Restrict excessive work or play.

*Call your family doctor or local hospital immediately if the patient:*
- ☐ Develops a severe headache.
- ☐ Vomits more than twice within a short time.
- ☐ Is confused, faints or is hard to awaken.
- ☐ Has a pupil of one eye larger than the other
- ☐ Complains of double vision
- ☐ Shows abnormal behavior such as staggering or walking into things.

### X-RAY INSTRUCTIONS

Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-ray will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-ray may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

### WOUND CARE (Cuts, Abrasions, Burns, Stitches)

- ☐ Keep the dressings clean and dry.
- ☐ Elevate the wound to help relieve soreness and help speed wound healing.
- ☐ Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- ☐ Dressing should be changed in _____ days.
- ☐ Treatment rendered _____
- ☐ Tetanus Toxiod given _____
  250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
- ☐ Warm soaks to area 4 times daily. 20-40 minutes each time.
- ☐ Continuous warm compresses.

### VOMITING & DIARRHEA

- ☐ Do not feed anything for 4 hours.
- ☐ After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale; 7-up, weak tea, Gatorade or Jello, water. If patient is hungry you may add 1 teaspoon of sugar to each ounce of liquid.
- ☐ UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
- ☐ The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
- ☐ Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
- ☐ Contact your doctor's office for further instructions after 24 hours.

### GENERAL INSTRUCTIONS

- ☐ Stay in bed;may go to bathroom.
- ☐ Use vaporizor.
- ☐ Drink large amounts of liquids.
- ☐ Take _____ aspirin every 4 hours..
- ☐ Avoid any use of injured part.
- ☐ Allow only limited use of the part.
- ☐ You need not necessarily limit activity.
- ☐ Fill Prescriptions given to you from Emergency Dept. and take as directed.
- ☐ No driving or any activity requiring mental alertness after receiving medication.

### FEVER OVER 102

- ☐ Sponge with lukewarm water in the tub.
- ☐ If temperature increases or persists for 24 hours, see your family doctor.

### EYE INJURY

- ☐ Any eye injury is potentially hazardous.
- ☐ Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
- ☐ Do not drive with eye patch.

### ANIMAL OBSERVATION

Instructions for observation of any animal that may have bitten a human if that animal is available for observation.
- ☐ Have animal taken to Veterinarian for observation.
- ☐ If the owner should refuse to take the animal to the Veterinarian, notify the County Health Officer of the situation.

---

**ADDITIONAL INSTRUCTIONS** _Continue Current Medication - Wear Soft Collar - Follow up with MD As needed_

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before al my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

| PATIENT/PARENT'S SIGNATURE | NURSE'S SIGNATURE | PHYSICIAN'S SIGNATURE |
|---|---|---|
| X Emmitt Jones | X | |

**SCHOOL AND WORK EXCUSE**   *PATIENT NAME*                                      *DATE*

| ☐ No work for _____ days | ☐ No school for _____ days |
|---|---|
| ☐ Light work for _____ days | ☐ No Physical Education for _____ days |
| ☐ May return to work on _____ | ☐ May return to school on _____ |

**WIREGRASS MEDICAL CENTER**   PHYSICIAN'S SIGNATURE

# ADVANCE DIRECTIVE
## ACKNOWLEDGEMENT

NAME: *Emmitt Jones*          SOC. SEC. NO: *416837530*

IDENTIFICATION NO: *529718*    DATE OF BIRTH: *4 22 61*

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.

1. I have been given written materials about my right to accept or refuse medical treatments

2. I have been informed of my rights to formulate Advance Directives.

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility.

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

## PLEASE CHECK <u>ONE</u> OF THE FOLLOWING STATEMENTS:

☐ **I HAVE** executed an Advance Directive.

☒ **I HAVE NOT** executed an Advance Directive.

Signed X *Emmitt Jones*          Date: _____

Witness: _____          Date: _____

Witness: *Gloria Gin*          Date: *1-27-06*

Form # 390  Advance Directive Acknowledgement

```
JONES EMMITT           E.R.
529719 NAEEM MUHAMMED
DOB-04/22/61   44   MALE
01/27/06

ER/ROOM
```

Wiregrass Medical Center
ER Level of Service Charge Sheet

| | | Integumentary |
|---|---|---|
| | 19611760 | Repair of Nail Bed |
| | 19611740 | Subungal Hematoma |
| | | Dressing Application |
| | 19610120 | FB removal |
| | 19620000 | I&D Abcess |
| | 19600000 | Laceration Repair (simple,intermed) |
| | 19610000 | Laceration Complex |
| | 19611040 | Debridement |
| | 19616020 | Treatment of Burns |
| | | **Orthopedics** |
| | | Behr Block/Regional Block |
| | 19629500 | Casting/Splinting |
| | 19629705 | Removal or Revision of Cast |
| | | Tx of fx/dislocation with manipulation |
| | 19620950 | Compartmental Syndrome |
| | | **Neurological** |
| | 19662290 | Lumbar Puncture |

| | | **Circulatory** |
|---|---|---|
| | | Jugular,Cutdown, Central Line |
| | 19636430 | Blood Administration |
| | 19692960 | Cardioversion, Mechanical |
| | 19692950 | Code Blue |
| | 19692953 | External Pacemaking |
| | 19631500 | Intubation |
| | 19690471 | Vacine Admin.  (other than Rabies) |
| | 19690675 | Vacine Administration (Rabies) |
| | 19690784 | Medication Administration IV |
| | 19690782 | Medication Administration IM or SQ |
| | 19690780 | IV infusion-up to 1 hour |
| | 19690781 | IV infusion-each additional hour |
| | 19649080 | Paracentesis |
| | | Peritoneal Lavage/Tap |
| | 19632000 | Thoracentesis |
| | 19633010 | Pericardiocentesis |
| | 19632002 | Chest Tube Insertion |
| | | IV Hydration |

| | | **Other** |
|---|---|---|
| | 19682962 | Glucose fingerstick |

| | | **ENT** |
|---|---|---|
| | | Eye Irrigation |
| | | Eye Exam/Corneal Abrasion |
| | | Foreign Body Removal Ear |
| | | Foreign Body Removal Nose |
| | | Irrigation Ear |
| | | Nose Bleed/Nasal Packing |
| | | Rust Ring (Foreign Body Removal) |

| | | **Respiratory** |
|---|---|---|
| | 19631603 | Tracheotomy |
| | 19631605 | Cricothyrotomy |
| | 19631603 | Trach Change |

| | | **Gastrointestinal** |
|---|---|---|
| | 19691105 | Gastric Lavage or NGT insertion |
| | 19643760 | Gastrostomy Tube Placement |

| | | **Genitourinary** |
|---|---|---|
| | 19659409 | Delivery/Birth |
| | | Supra Pubic Cath, or Turkey Tray |
| | 19651700 | Irrigation of Catheter |
| | | Pelvic Exam |

| | | **Treatment Level** |
|---|---|---|
| | 19699211 | Low Level E/R |
| | 19699281 | Emergency WD |
| | 19699282 | Emergency I |
| | | Emergency I with procedure |
| ✓ | 19699283 | Emergency II |
| | | Emergency II with procedure |
| | 19699284 | Emergency III |
| | | Emergency III with procedure |
| | 19699285 | Emergency IV |
| | | Emergency IV with procedure |
| | 19699291 | Critical Care |
| | | Critical Care with procedure |
| | | Observation I |
| | | Observation II |
| | | Observation III |

**Wiregrass Medical Center**
**Emergency Physician's Charge Sheet        Date:**

JONES EMMITT
529718 NAEEM MUHAMMED          ER
DOB-04/22/61   44   MALE
01/27/06

ER/ROOM

| Level of Service | | Debridement | | Repair/Simple- Single Layer Cont'd | |
|---|---|---|---|---|---|
| | | | | Face, Ears, Eyelids, Nose, Lips, | |
| | | 19511000 | Infected Skin | and/or Mucous Membranes | |
| | | 19511040 | Partial Skin Thickness | 19512011 | 2.5 cm or less |
| | | 19511041 | Skin, Full Thickness | 19512013 | 2.6 - 5.0 cm |
| | | 19511042 | Skin and Sub Q Tissue | 19512014 | 5.1-7.5 cm |
| | | 19511043 | Skin, Sub Q, Muscle | 19512015 | 7.6 - 12.5 cm |
| | | 19511044 | Skin, Sub Q, Muscle, Bone | 19512016 | 12.6 - 20.0 cm |
| Level of Service | | Hematoma and Abcess | | 19512017 | 20.1 - 30.0 cm |
| 19599281 | Level I | 19510060 | I&D Simple Abcess, Furuncle | 19512018 | Over 30.0 cm |
| 19599282 | Level II | 19510061 | I&D Simple Abcess, Complicated/ | 19512020 | Superficial WD Dehis |
| 19599283 | Level III | | Multiple | 19512021 | Superficial WD Dehis-Pack |
| 19599284 | Level IV | 19510140 | I&D Hematoma Simple | Repair/Intermediate-Layered | |
| 19599285 | Level V | 19510160 | I&D Puncture Aspiration, Abcess | Scalp, Axillae, Trunk, and/or Extremities | |
| 19599288 | Direct Life Support In Transit | 19546320 | Hemorrhoid, Thrombosed | 19512031 | 2.5 cm or less |
| 19599025 | Visit with Surgery | Burns | | 19512032 | 2.6 - 7.5 cm |
| 19599291 | Critical Care per Hour | 19516000 | First Degree Burn, Initial | 19512034 | 7.6 - 12.5 cm |
| 19599292 | Critical Care per 1/2 hour | 19516020 | Small Burn, Debride, Dress | 19512035 | 12.6 - 20.0 cm |
| 19591105 | NG Lavage/Aspiration | 19516025 | Medium Burn, Debride/Dress | 19512036 | 20.1 - 30.0 cm |
| 19599175 | Ipecac Admin/Observe Gastric | 19516030 | Large Burn, Debride/Dress | 19512037 | Over 30.0 cm |
| | emptying | OB/GYN Procedures | | Neck, Hand, Feet, and/or External Genitalia | |
| Airway/Pulmonary | | 19556405 | I&D, Abcess, Vulva | 19512041 | 2.5 cm or less |
| 19531500 | Endotracheal Intubation | 19556420 | I&D, Bartholin Abcess | 19512042 | 2.6 - 7.5 cm |
| 19531511 | FB Removal | 19559410 | Emergency Vaginal Delivery | 19512044 | 7.6- 12.5 cm |
| 19532020 | Tube Thoracostomy | Arthrocentesis | | 19512045 | 12.6 - 20.0 cm |
| Vascular Procedures | | 19520600 | Arthrocentesis, Small Joint | 19512046 | 20.0 - 30.0 cm |
| 19536410 | Non-Routine Venipuncture | 19520605 | Arthrocentesis, Intermediate Joint | 19512047 | Over 30.0 cm |
| 19590780 | IV Therapy Requiring MD | 19520610 | Arthrocentesis, Major Joint | Face, Ears, Eyelids, Nose, Lips, | |
| | per hour | Miscellaneous Fractures | | and/or Mucous Membranes | |
| 19592977 | Thrombolysis IV infusion | 19521800 | Closed Rib Fracture | 19512051 | 2.5 cm or less |
| Cardiac Procedures | | 19523500 | Clavicle | 19512052 | 2.6 - 5.0 cm |
| 19592950 | CPR | 19523720 | Closed Phalangeal Shaft | 19512053 | 5.1 - 7.5 cm |
| 19592953 | Transcutaneous Pacing | 19526750 | Closed Distal Phalangeal | 19512054 | 7.6 - 12.5 cm |
| 19592960 | Cardioversion, Elective | 19528490 | Closed Fracture, Great Toe | 19512055 | 12.6 - 20.0 cm |
| 19593010 | EKG Interpretation | 19528510 | Closed Phalanx other than Gr. Toe | 19512056 | 20.1 - 30.0 cm |
| Ophthalmology | | | | 19512057 | Over 30.0 cm |
| 19565205 | FB | Miscellaneous Closed Dislocations | | Repair/Complex-Reconstructive or | |
| 19565210 | FB Conjunctival/Embedded | 19521480 | TMJ Uncomplicated | Complicated Wound Closure | |
| 19567938 | FB, Eyelid | 19523650 | Shoulder w/ Manipulation | Trunk | |
| Ear, Nose, and Throat | | 19524640 | Nursemaid's Elbow | 19513100 | 1.1 - 2.5 cm |
| 19542809 | FB Pharynx | 19526700 | Finger, MP Joint | 19513101 | 2.6 - 7.5 cm |
| 19569200 | FB External Ear Canal | 19526770 | Finger, IP Joint | Scalp, Arms, and/or Legs | |
| 19569210 | Impacted Cerumen | 19528660 | Toe IP Joint | 19513120 | 1.1 - 2.5 cm |
| 19530300 | FB Intranasal | Miscellaneous Procedures | | 19513121 | 2.6 - 7.5 cm |
| 19530901 | Anterior Epitaxis, Simple | 19553670 | Urine Catheterization, Simple | Forehead, Cheeks, Chin, Mouth, Neck, | |
| 19530903 | Anterior Epitaxis, Complex | 19553675 | Urine Catheterization, Complex | Axillae, Genitalia, Hands, and or Feet | |
| 19530905 | Posterior Epitaxis, Initial | 19562270 | Spinal Puncture | 19513131 | 1.1 - 7.5 cm |
| Soft Tissue/Foreign Body Removal | | 19564450 | Digital Block | Eyelids, Nose, Ears, and/or Lips | |
| 19510120 | Sub Q, Simple | 19582270 | Stool for Occult Blood | 19513151 | 1.1 - 2.5 cm |
| 19510121 | Sub Q, Complicated | 19593042 | Rhythm Strip Interpretation | 19513152 | 2.6 - 7.5 cm |
| 19520520 | Muscle, Simple | Repair/Simple- Single Layer | | Miscellaneous | |
| 19520525 | Muscle, Complex | Scalp, Neck, Axillae, External Genitalia, Trunk, | | 19520552 | Injection-trigger point 1-2 mus. |
| Nails | | and/or extremities | | 19520553 | Injection-trigger point 3 + mus. |
| 19511730 | Avulsion/Nail, Simple | 19512001 | 2.5 cm or less | | |
| 19512740 | Subungal Hematoma | 19512002 | 2.6 - 7.5 cm | | |
| 19511750 | Nail Removal | 19512004 | 7.6 - 12.5 cm | | |
| | | 19512005 | 12.6 - 20.0 cm | | |
| | | 19512006 | 20.1 - 30.0 cm | | |