# Exhibit K

# Inmate Request Form
# dated January 31, 2006

# GENEVA COUNTY JAIL
## INMATE REQUEST FORM

NAME  Emmitte Jones    CELL  2/5    DATE  1-31-06

TELEPHONE CALL ____ MEDICAL ✓ DENTAL ____ HEARING REQUEST ____

GRIEVANCE ____ VISIT ____ PERSONAL PROBLEM ____ OTHER ____

SHERIFF ____ JAIL ADMINSTRATOR ____ JUDGE ____ NOTARY ____

BRIEFLY OUTLINE YOUR REQUEST AND GIVE TO THE JAILER/MATRON.

I need to go to the doctor my neck is still giving me problems

                                                                Emmitt Jones

DO NOT WRITE BELOW!!            FOR SHERIFF'S DEPARTMENT USE ONLY

ALL REQUESTS WILL BE ROUTED THROUGH JAILER/MATRON

JAILER ____ MARTON ____ JAIL ADMINISTRATOR ____ SHERIFF ____

JAILER _____  DATE _____ TIME _____
        SIGNATURE

TO BE PLACED IN INMATE'S FILE

Called Samson 1-31-06 at 11:20 AM

# Exhibit L

# Wiregrass Medical Center Records dated February 16, 2006

WIREGRASS MEDICAL CENTER    1200 W MAPLE AVE    GENEVA    AL 36340

**EMERGENCY ROOM • OUTPATIENT RECORD**

| EXPECT DATE | 2/16/06 |
|---|---|

| PATIENT NUMBER | TYPE | PATIENT NAME | AGE | BIRTHDATE | SEX | M/S | DATE OF SERVICE | TIME | CLERK INIT. |
|---|---|---|---|---|---|---|---|---|---|
| 531042 | 3 | JONES EMMITT R | 44 | 4/22/1961 | M | MB | 2/16/06 | 11:16 | ARB |

| ADDRESS - LINE 1 | ADDRESS - LINE 2 | CITY | STATE | ZIP CODE | TELEPHONE |
|---|---|---|---|---|---|
| 210 S LINE ST | | SAMSON | AL | 36477 | 334-898-9953 |

| PATIENT SSAN | NOTIFY IN CASE OF EMERGENCY - NAME | RELATIONSHIP | ADDRESS | | TELEPHONE |
|---|---|---|---|---|---|
| 416887530 | FITZPATRICK OLEAN | MOTHER/LAW | SAMSON AL | | 334-898-9953 |

| INSURANCE COMPANY | CONTRACT OR GROUP NUMBER | DATE | PLACE |
|---|---|---|---|
| | | TIME | EVENT |

| GUARANTOR NAME | GUARANTOR ADDRESS | CITY | STATE | ZIP CODE | GUAR. TELEPHONE |
|---|---|---|---|---|---|
| JONES EMMITT R | 210 S LINE ST | SAMSON | AL | 36477 | 898-9953 |

| GUARANTOR EMPLOYER | GUARANTOR OCCUPATION | GUAR. EMPLOYER ADDRESS | GUAR. EMPL TELEPHONE |
|---|---|---|---|
| NONE | | | |

| PREV. SERVICE | PREV. SERV. DATE | IF MINOR - PARENT NAME | MED. REC. # | ADMITTING/2ND PHYSICIAN |
|---|---|---|---|---|
| 529718 | 1/27/06 | | 416887530 | POPE DAVID/ |

| CHARGES | X-RAY | LAB | RESP. TH. | PHY. TH. | EKG | I.V. | DRUGS | SUPPLIES | OTHER | M.D. | E.R. RM | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

AUTHORIZATION FOR TREATMENT, GUARANTEE OF PAYMENT, ASSIGNMENT OF INSURANCE BENEFITS

1. The undersigned has been informed of the emergency treatment considered necessary for the above named patient, and that treatment and procedures will be performed by physicians, members of house staff and employees of the hospital. Authorization is hereby granted for such treatment and procedures. The undersigned has read the above authorization and understands the same and certifies that no guarantee or assurance has been made as to the results that may be obtained.
2. The undersigned agrees to pay for services rendered by Hospital upon release of patient.
3. I/we hereby assign any hospital benefits, sick benefits, injury benefits due to a liability of a Third party, payable by any party, for the above patient, to Hospital unless I pay the account in full upon release of patient.
4. I/we hereby authorize the "Administrator of Hospital" to furnish from its records any information requested by the before mentioned insurance companies in connection with the above assignment. I do hereby appoint the "Controller" of Hospital as my lawful attorney to endorse for me any checks made payable to me for benefits or claims collected under the above assignment and to apply any credit balance to any other account I may owe said hospital.

DATE    TIME    SIGNED PATIENT    SIGNED GUARANTOR

CHIEF COMPLAINT (If Accident State How, When, and Where)

| TEMP. | PULSE | RESP. | B/P | ALLERGIES | MEDICATIONS - HOME | E.R. PHYSICIAN | TET. TOX. |
|---|---|---|---|---|---|---|---|

NURSES NOTES:

NURSE'S SIGNATURE (RN OR LPN)

LAB DATA (Including X-Rays, EKGs, etc.)

PHYSICIAN'S REPORT

# DIAGNOSIS:

TREATMENT:

CONDITION ON DISC    IMP    STABLE    EXPIRED

INSTRUCTIONS TO PATIENT:

FOLLOW-UP WITH

M.D.

PATIENT'S SIGNATURE ON DISCHARGE    DATE - TIME OF DISC.    PHYSICIAN'S SIGNATURE    M.D.

**Wiregrass Medical Center**
1200 W. Maple Avenue
Geneva, Alabama 36340

531042
Jones, Emmitt R.

## CONDITIONS FOR TREATMENT

1. **MEDICAL AND SURGICAL CONSENT FOR TREATMENT:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to furnish the necessary treatment, surgical procedures, anesthesia, x-ray examinations or treatments, drugs and supplies as may be ordered or requested by the attending physician(s). The undersigned acknowledges that no guarantee or assurance has been made as to the results of treatment, surgery or examinations in the hospital. The undersigned recognizes that all physicians furnishing services to the patient may be independent contractors and are not employees or agents of the Hospital.

2. **RELEASE OF INFORMATION:** The undersigned hereby authorizes WIREGRASS MEDICAL CENTER to release to any insurers, their representatives or other third parties confidential information (including copies of records) relative to this hospitalization. This authorization includes, but is not limited to, the release of information relating to drug, alcohol and or psychiatric treatment as specified in Federal Regulation 42, CFR part 2. I further authorize any physician or institution that attended the patient previously to furnish medical records or information which may be requested by the Hospital or attending physicians.

3. **RELEASE FROM LIABILITY FOR VALUABLES:** I have been made aware the WIREGRASS MEDICAL CENTER provides facilities for the safe keeping of my valuables and therefore, I release the Hospital from any responsibility due to loss or damage of my clothing, money, jewelry, or other items of value that I might keep at my bedside, or that may be brought to me by my friends and relatives.

4. **GUARANTOR AGREEMENT:** The undersigned agrees, whether he signs as agent or patient, that in consideration of the services to be rendered to the patient, he hereby individually obligates himself to pay the account of the Hospital in accordance with the regular rates and terms of the Hospital. Should the account be referred to an attorney for collection, the undersigned shall pay reasonable attorney's fees and collection expense. All delinquent accounts bear interest at the legal rate.

5. **ASSIGNMENT OF INSURANCE BENEFITS:** In the event the undersigned and/or patient is entitled to Hospital benefits of any type whatsoever arising out of any insurance policy or any other party liable to the patient, such benefits are hereby assigned to WIREGRASS MEDICAL CENTER for application to the patient's bill. It is agreed that the Hospital may receipt for any such payment and such payment will discharge the said insurance company of all obligations under the policy to the extent of such payment. The undersigned and/or patient agrees to be responsible for charges not paid by this assignment.

THE UNDERSIGNED CERTIFIES THAT HE HAS READ OR HAD THE FOREGOING INFORMATION EXPLAINED, HAS RECEIVED A COPY, AND IS THE PATIENT OR IS DULY AUTHORIZED BY THE PATIENT AS PATIENT'S GENERAL AGENT TO EXECUTE THE ABOVE AND ACCEPT ITS TERMS.

Date __2-16__ 20__06__    X __Emmitt Jones__
                                    Patient

Witness __Ashley Hughes__

_____
Patient's Agent or Representative

_____
Relationship to Patient

### ASSIGNMENT OF MEDICARE BENEFITS:
PATIENT CERTIFICATION, AUTHORIZATION TO RELEASE INFORMATION, AND PAYMENT REQUEST

"I certify that the information given by me in applying for payment under title XVIII of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I request that payment of authorized benefits be made on my behalf. I assign the benefits payable for physician services or authorize such physician or organization to submit a claim to Medicare for payment to me. I understand that I am responsible for Part A deductible for each spell of illness, the Part B deductible for each year, the remaining 20% of reasonable charges and any personal charges incurred."

_____    _____    _____
Date                 Signature            Relationship to Patient

### ACKNOWLEDGEMENT OF MEDICARE

I hereby declare I am a participant in the Medicare Program and I am not enrolled in a health maintenance organization, (H.M.O.), or any other pre-paid group practice. I understand that if it is found that I am a participant in any of the above mentioned practices, I will be considered a self-pay patient required to pay in full immediately.

_____    _____    _____
Date                 Signature            Relationship to Patient

# Coding Summary Form

| | | |
|---|---|---|
| **Patient Name:** JONES, EMMITT R | **Facility:** Wiregrass Medical Center | **Payor:** PB1, PRIVATE PAY DEMAND BILL |
| **MRN:** 416887530 | **Admission Dx:** 723.1 | **Reimbursement:** |
| **Account #:** 531042 | **Admission Date:** 02/16/2006 | **DRG:** |
| **Sex:** M | **Discharge Date:** 02/16/2006 | **MDC:** |
| **DOB:** 04/22/1961 | **LOS:** 1 | **Weight:** |
| **Age:** 44y | **Attending Provider:** 008500, POPE, DAVID | **AMLOS:** |
| **Patient Type:** O | | **GMLOS:** |
| **Visit Type:** O | **Discharge Status:** 01, Discharged to home or self-care (routine discharge) | **Coding Status:** Complete |

| Dx | Code | Description |
|---|---|---|
| 1 | 723.1 | Cervicalgia |

| Px | Code | Description | Date | Surgeon |
|---|---|---|---|---|

| CPT | Code | Description | Modifier | SVC Date | Surgeon |
|---|---|---|---|---|---|

**Notes**

| Note Type | Assigned Date | Memo |
|---|---|---|

Coder: **TRACEY** 02/20/2006

```
JONES EMMITT R            E.R.
531042 POPE DAVID HYATT
DOB-04/22/61   44   MALE
02/16/06

ER/ROOM
```

Jones, E  (5)
4-27-61

## Wiregrass Medical Center
## ER Triage Record

Addressograph     ( ) Emergent   ( ) Urgent   (X) Non-Emergent

| | |
|---|---|
| Triage Notes: 44 yr old B/M presents c/o recurrent neck pain — states "out of pain meds" | Time: 1111 |
| | Temp: 98.4 |
| | Pulse: 74 |
| SpO2: 96%  Room Air: ( ) | Resp: 18 |
| | BP: 117/74 |
| Allergies: NKDA | O2: |

| Tetanus: | Weight: | LMP: | |
|---|---|---|---|
| Family Physician: JLS | | | RN Signature: [signed] |

| Current Medications | Dose | Frequency | Last Dose |
|---|---|---|---|
| Celebrex | 200 | 2 Qd | |
| Unable to list meds | | | |

Disposition: Home(X) Dr. Office() Surgery() Expired() Adm Rm#    AMA/LWBS()  Date/Time: 2/16/06 1240
Transfer to        C/O Dr.        Via

**WIREGRASS MEDICAL CENTER**
EMERGENCY PHYSICIAN RECORD

**NECK / BACK INJURY / PAIN**

JONES EMMITT R  (S)  E.R.
531042 POPE DAVID HYATT
DOB-04/22/61  44  MALE
02/16/06

EP/ROOM

Time Seen: 12:15  Room: 1
Historian: patient / EMS / _____
History limited by: _____  ☐ Translator

**CHIEF COMPLAINT:** ☒ injury / pain to neck
☐ injury / pain to back

**HISTORY OF PRESENT ILLNESS:**
age: 44  race: W /(B)/ H / O  gender: (M)/ F
onset: 4  hrs / days /(weeks)
☒ h/o previous (neck)/ back injury or pain
Timing: ☒ continues in ED  ☐ improved  ☐ resolved
Severity of pain:  mild  moderate (severe)
    pain scale (1—10): 10
Location of pain:  R / L  neck  paraspinal muscles (midline)
    R / L  thoracic / lumbosacral
Radiation of pain:  ☐ none
    ☒ (arm)/ hand  R / L
    ☒ (buttocks)/ thigh / leg / foot
Associated injury: (yes)/ no  where? Fell

Cause of injury:  ☒ fall  ☐ bending  ☐ lifting  ☐ twisting / turning
old HX - 2 yrs typ

Work Related Injury:  (Yes)/ No
Exacerbation of pain:  ☐ nothing  ☐ movement
    ☐ cough / sneeze  ☐ standing
Associated symptoms:  ☒ none
    ☐ paresthesia / numbness
    ☐ neck pain
Tetanus status:  ☐ current  ☐ > 5 yrs
ADDITIONAL HISTORY: _____

**PMH/SH/FH**  ☐ Reviewed on nurse's notes and agree
PAST MEDICAL HISTORY  ☐ none
☒ HTN  ☐ asthma  ☐ arthritis  ☐ diabetes
☐ other: _____

**SOCIAL HISTORY**
☐ alcohol  ☒ tobacco  ☐ drug abuse
☒ lives alone / spouse /(family)/ nursing home

**MEDICATIONS**  ☐ see nurse's notes
☐ NSAID
Celebrex
Lortab 5 (out of these)
Here to get refill on meds

**ALLERGIES**  ☐ see nurse's notes  ☒ NKDA

**REVIEW OF SYSTEMS**
☒ ROS: ALL SYSTEMS REVIEWED & NEGATIVE EXCEPT AS INDICATED
☐ ROS cannot be obtained; patient unable to answer questions
Check box if system is normal:
☐ General:  ☐ fever  ☐ chills
☐ ENT:  ☐ sore throat  ☐ earache  ☐ URI sx
☐ Eyes:  ☐ visual complaints
☐ Resp:  ☐ cough  ☐ SOB / DOE
☐ CV:  ☐ chest pain
☐ GI:  ☐ nausea  ☐ vomiting  ☐ diarrhea  ☐ abd pain
☐ GU:  ☐ flank pain  ☐ dysuria / frequency / hematuria
☒ Skeletal:  (see HPI)
☐ Skin:  ☐ rash
☐ Neuro:  ☐ focal weakness  ☐ focal sensory loss  ☐ paresthesia
☐ Endocrine:  ☐ polyuria  ☐ polydypsia  ☐ weight change

**PHYSICAL EXAM**  ☒ vital signs reviewed  ☒ VS stable
HR ___  Bp ___  RR ___  T ___  SaO₂ % ___

APPEARANCE:
☒ normal  ☐ distressed: mild / moderate / severe

HEENT
☒ normal

NECK
☐ non-tender  ☒ tender paraspinal muscles R / L
☐ full ROM  ☒ tender midline
☒ no muscle spasm  ☐ muscle spasm R / L
    mild  moderate  severe
    ☐ decreased ROM
    ☐ cervical adenopathy

BACK
☒ non-tender  ☐ tender paraspinal muscles R / L
☒ full ROM  ☐ tender midline
☒ no muscle spasm  ☐ muscle spasm R / L
    mild  moderate  severe
    ☐ decreased ROM
    ☐ pain on leg raising
        Right: ___ degrees
        Left: ___ degrees

ABDOMEN: GI / GU
☒ soft  ☐ distended
☒ non-tender  ☐ tender
☒ no aortic bruit  ☐ aortic bruit
    ☐ CVA tenderness

JONES EYMITT R          E.R.
531042 POPE DAVID HYATT
DOB-04/22/61  44  MALE
02/16/06

ER/ROOM

# Wiregrass Medical Center
## Emergency Department
## Nursing Assessment

Mode of Arrival: ☑ Ambulatory ☐ Stretcher ☐ Ambulance ☐ Arms ☐ Other:_____

Accompanied By: ☐ Self ☐ Family/Friend ☐ Police ☐ Other
Immunizations up to date? ☑ Y ☐ N

Developmental Age Same as Stated Age ☑ Yes ☐ No

Addressograph    How do you prefer to learn? Written ☐ Verbal ☐ Combination ☑

Initial Contact Time: 1111    Allergies: NKA
Date: 2/16/06

### Treatment PTA
None ☐ Cervical Collar ☐ Spineboard: ☐ Splint ☑ (neck) Dressings ☐ _____
IV Fluids:_____ Rate:_____ Site:_____
Airway: None ☐ Oral ☐ ET Tube ☐ Oxygen ☐ _____ via ☐ NC ☐ Mask

### Nutritional Assessment
Are you on a regular diet? ☐ Y ☑ N
Have you had a recent weight loss or gain? ☐ Y ☑ N
Comments:_____

### Respiratory
Respirations: ☑ Regular
☐ Irregular
☐ Shallow
☐ Deep
Breath Sounds: ☑ Bil. Clear
☐ Rhonchi ☑ Rales ☐ Wheezes
Cough: ☐ Productive
☐ Nonproductive
Sternal Retractions? ☐ Yes ☑ No
Dyspnea? ☐ Yes ☑ No
Comments:_____

### Circulation
Skin: ☑ Warm ☐ Dry
☐ Hot ☐ Diaphoretic
☐ Cold ☐ Clammy
Color: ☑ Normal ☐ Pink
☐ Dusky ☐ Flushed ☐ Pale
☐ Cyanotic ☐ Jaundice
Edema: ☐ Yes ☑ No
JVD: ☐ Yes ☑ No
Capillary Refill: ☐ Quick ☐ Slow
Comments:_____

### Glasgow Coma Scale
Eyes Open: Spontaneously 4
  To Verbal Command 3
  To Pain 2
  No Response 1
Best Motor    Obeys 6
Response    Localizes Pain 5
  Flexion-Withdrawal 4
  Flexion/Abnormal 3
  (Decorticate Rigidity)
  Extension 2
  (Decerebrate Rigidity)
  No Response 1
Best    Oriented/Converses 5
Verbal   Disoriented/Converses 4
Response Inappropriate Words 3
  Incomprehensible Sounds 2
  No Response 1
GCS Total (3-15):_____

### Neurological
Level of Consciousness:
☐ Alert ☐ Responds to Voice
☐ Responds to Pain
☐ Unresponsive ☐ Lethargic
Orientation:
☑ Appropriate Response
☐ Inappropriate Response
Pupils: Brisk ☐ L ☐ R
Sluggish ☐ L ☐ R
Nonreactive ☐ L ☐ R
Size: L:____ R:____
Visual Acuity: ☑ N/A
OD:____ OS:____
Movement: ☐ Voluntary
☐ Involuntary
Hand Grasp: L R
Strong ☐ ☐
Weak ☐ ☐
Absent ☐ ☐
Slurred Speech? ☐ Yes ☐ No

### Laceration(s)
Location(s):_____
Size(s):_____
Bleeding Controlled: ☐ Yes ☐ No
Comments:_____
Full Range of Motion ☐ Y ☐ N
Pulse:_____ ☐ Y ☐ N
Sensation Intact: ☐ Y ☐ N

### Orthopedic
Ext Deformity: ☐ Yes ☐ No
Full ROM: ☐ Yes ☐ No
Pulse:_____
Cap. Refill: ☐ Brisk ☐ Slow
Temp: ☑ Warm ☐ Cold
Sensation Intact: ☐ Yes ☐ No

### Abdominal
☐ Distended ☐ Nausea
☐ Vomiting ☐ Diarrhea
☐ Constipation ☐ LBM:_____
Bowel Sounds: ☐ Present
☐ Absent
Comments:_____

### Pain/Injury Location
Location (circled above)
Radiation (arrow above)

### GU-GYN
Pain in Voiding: ☐ Yes ☑ No
Frequency ☐ Yes ☐ No
Bleeding: ☐ Yes ☐ No
Vaginal Bleeding ☐ Yes ☐ No
Vaginal Discharge ☐ Yes ☐ No
☐ Scant ☐ Moderate ☐ Large
Grav____ Para____ Ab____
Comments:_____

### Emotional Assessment
Eye Contact ☑ Y ☐ N
Affect: ☑ Normal ☐ Flat
☑ Cooperative ☐ Disoriented
☐ Combative ☐ Anxious

Do you feel safe in your present living environment?
☑ Yes ☐ No
If no, would you like to talk to someone? ☐ Yes ☐ No
Comments:_____

### Pain Cont'd
Severity: 0 1 2 3 4 5 6 7 8 9 10
Exacerabated By:_____
Relieved By:_____    ☑ Pt unable to rate

### Nurse's Signature

```
JONES EMMITT R                      E.R.
531042 POPE DAVID HYATT
DOB-04/22/61   44   MALE
02/16/06

ER/POOR
```

# HOSPITAL
## PHYSICIAN ORDER FORM : *GENERAL MEDICAL*

### LABORATORY ORDERS

| Order Time | LAB TEST | Time Order Sent |
|---|---|---|
| | CBC | |
| | BMP | |
| | CMP | |
| | PT / PTT | |
| | Cardiac profile | |
| | Liver profile | |
| | Amylase | |
| | Lipase | |
| | Serum preg test | |
| | Urinalysis | |
| | Urine C & S | |
| | Urine preg test | |
| | Blood cultures | |
| | Thyroid profile | |
| | drug levels: | |

### RADIOLOGY ORDERS

| Order Time | X-RAY | Time Order Sent |
|---|---|---|
| | KUB | |
| | Abd - flat / upright | |
| | CXR--- PA/lateral | |
| | IVP | |

US: ☐ GB ☐ aorta
☐ kidney ☐ pancreas
CT scan: ☐ abdomen ☐ pelvis ☐ head
contrast: ☐ IV ☐ po ☐ none

### CARDIOPULMONARY

| Order Time | TEST | Time Order Sent |
|---|---|---|
| | EKG | |
| | ABG | |
| | Sputum gm stain/C&S | |

### NURSING PROCEDURES

- ☐ Cardiac monitor
- ☐ Pulse Oximetry
- ☐ Continuous BP monitoring
- ☐ Oxygen :
- ☐ Foley Catheter
- ☐ NGT tube
- ☐ Intravenous line
  - ☐ hep lock   ☐ fluid:
  - RATE:
- ☐
- ☐
- ☐
- ☐
- ☐
- ☐

### MEDICATION ORDERS

| Order time | MEDICATION | Admin time | Nurse | Comments / ReAssessment |
|---|---|---|---|---|
| | | | | |

### DISCHARGE INSTRUCTIONS

NURSE SIGNATURE
PA /NP SIGNATURE
PHYSICIAN SIGNATURE

# WIREGRASS MEDICAL CENTER
1200 W. MAPLE AVE.
GENEVA, AL 36340
(334) 684-3655

**ED-OP HOME INSTRUCTION SHEET**

| 1. MEDICAL RECORD NO. | 2. BILLING NO. | 3. AIR NO. |
|---|---|---|

**INFORMATION**

| 4. CLASS | 5. DATE | 6. TIME | 7. SRC | 8. TYPE | 9. SAD |
|---|---|---|---|---|---|

| 10. PATIENT'S LEGAL NAME (L,F,MI) | 11. SEX | 12. RACE | 13. BIRTHDATE | 14. AGE | 15. HEIGHT | 16. WEIGHT | 17. SS | 18. MS | 19. |
|---|---|---|---|---|---|---|---|---|---|
| JONES EMMITT R  531042 POPE DAVID HYATT | | | 04/22/61 | 44 | MALE | | | | |

| 20. RP | 21. NOTIFY IN EMERGENCY | 22. HOME TELE | 23. WORK TELE | 24. HOW PATIENT ARRIVED |
|---|---|---|---|---|
| DOE 02/16/06 | | | | |

| 25. C COMPLAINT | 26. |
|---|---|
| ER/ROOM | |

**OUTPATIENT SURGERY INFORMATION**

| 27. PROC CD | 28. PROCEDURE | 29. LOC | 30. TIME | 31. ANES |
|---|---|---|---|---|

| 32. PHYSICIAN CALLED | 33. ATTENDING PHYSICIAN | 34. FAMILY PHYSICIAN |
|---|---|---|

### SPRAIN, FRACTURE, & SEVERE BRUISES
- Elevate the injured part above level of heart to lessen swelling. If pillows flatten, use chair cushions with pillows or blanket for comfort.
- Ice packs also help prevent swelling, especially during the first 48 hours.
- Place ice in plastic or rubber bag, cloth covering; after 48 hours, use heat.
- If you have an elastic bandage, rewrap it if too tight or loose. Remove at bedtime and replace in A.M.
- If you have a cast, keep it perfectly dry at all times.
- Wiggle toes or fingers to help prevent swelling in the cast—this should be done often if it does not cause pain.
- If the part swells anyway or gets cold, blue or numb or pain increases markedly, have it checked promptly.
- Use crutches.

### BACK AND NECK INJURY INSTRUCTIONS
- USE HEAT OR COLD ON THE INJURED AREA - whichever seems to help the most. Be careful not to burn yourself.
- Rest as much as possible until you are improved.
- Avoid positions and movement that make the pain worse.
- Relax emotionally - if you are tense the problem will on be worse.
- Gentle but firm massage will increase circulation in sore muscles and helps to clear the soreness.
- Wear special collar when out of bed.

### HEAD INJURY INSTRUCTIONS
Persons who receive blows to the head may have injuries that cannot always be seen by X-ray or examination soon after accident. For the next 24 hours it is important that these instructions be followed:
- Awaken the patient every two hours, even at night, to be sure he knows where he is and is not confused.
- Check eyes to see that both pupils are of equal size.
- Prevent the taking of sleeping pills, tranquilizers or alcohol.
- Restrict excessive work or play.

*Call your family doctor or local hospital immediately if the patient:*
- Develops a severe headache.
- Vomits more than twice within a short time.
- Is confused, faints or is hard to awaken.
- Has a pupil of one eye larger that the other
- Complains of double vision
- Shows abnormal behavior such as staggering or walking into things.

### X-RAY INSTRUCTIONS
Your X-rays have been read by the attending physician in the Emergency Dept. For your added protection, your X-rays will be reread the next morning by Radiology Dept. If any abnormalities are found that have not been called to your attention, you and your doctor will be called immediately. (Please be certain that the Emergency Dept. has a phone number where you can be reached.) Sometimes fractures or abnormalities may not show up on X-rays for several days. If your symptoms continue or get worse, call your doctor. More X-rays may need to be taken. If you are referred to another physician, come by the hospital and pick up your X-ray and take them with you to the doctor's office. Please call ahead to X-ray Dept.

### WOUND CARE (Cuts, Abrasions, Burns, Stitches)
- Keep the dressings clean and dry.
- Elevate the wound to help relieve soreness and help speed wound healing.
- Despite the greatest care, any wound can be infected. If your wound becomes red, swollen, shows pus or red streaks, or feels more sore instead of less sore as days go by, you must report to your doctor right away.
- Dressing should be changed in _____ days.
- Treatment rendered _____
- Tetanus Toxoid given _____
  250 units of tetanus immune globulin was given. To complete your immunization, you must receive two additional doses of toxoid 4-6 weeks apart. Call your physician for the next dose.
- Warm soaks to area 4 times daily. 20-40 minutes each time.
- Continuous warm compresses.

### VOMITING & DIARRHEA
- Do not feed anything for 4 hours.
- After 4 hours, if there is not vomiting and/or diarrhea, offer 2 tablespoons (1 ounce) of any of the following: clear liquids, Coke, Gingerale, 7-up, weak tea, Gatorade or Jello, water. If patient is hungrey you may add 1 teaspoon of sugar to each ounce of liquid.
- UNDER NO CIRCUMSTANCES USE MILK OR MILK PRODUCTS.
- The 2 tablespoons of liquid may be offered every hour. If after 4 hours no vomiting has occured, the amount may be slowly increased.
- Using no more than ½ glass (4 ounces) of liquid at a time continue this treatment for 24 hours.
- Contact your doctor's office for further instructions after 24 hours.

### GENERAL INSTRUCTIONS
- Stay in bed/may go to bathroom.
- Use vaporizor.
- Drink large amounts of liquids.
- Take _____ aspirin every 4 hours..
- Avoid any use of injured part.
- Allow only limited use of the part.
- You need not necessarily limit activity.
- ☒ Fill Prescriptions given to you from Emergency Dept. and take as directed.
- ☒ No driving or any activity requiring mental alertness after receiving medication.

### FEVER OVER 102
- Sponge with lukewarm water in the tub.
- If temperature increases or persists for 24 hours, see your family doctor.

### EYE INJURY
- Any eye injury is potentially hazardous.
- Any increasingly severe discomfort, redness or sudden impairment of vision should be reported immediately to your physician or eye specialist below.
- Do not drive with eye patch.

### ANIMAL OBSERVATION
Instructions for observation of any animal that may have bitten a human if that animal is available for observation.
- Have animal taken to Veterinarian for observation.
- If the owner should refuse to take the animal to the Veterinarian, notify the County Health Officer of the situation.

**ADDITIONAL INSTRUCTIONS** Follow up with doctor of choice as needed —

I hereby acknowledge receipt of all the instructions indicated above. I understand that I have received EMERGENCY treatment only and that I may be released before al my medical problems are known or treated. I will arrange for follow-up care as indicated above. I understand that if my conditions worsen or new symptoms appear, I should contact my Doctor immediately.

| PATIENT/PARENT'S SIGNATURE | NURSE'S SIGNATURE | PHYSICIAN'S SIGNATURE |
|---|---|---|
| Emmitt Jones | L Hughes RN | |

**SCHOOL AND WORK EXCUSE**   PATIENT NAME _____   DATE _____

- No work for _____ days
- Light work for _____ days
- May return to work on _____
- No school for _____ days
- No Physical Education for _____ days
- May return to school on _____

WIREGRASS MEDICAL CENTER   PHYSICIAN'S SIGNATURE

# ADVANCE DIRECTIVE
## ACKNOWLEDGEMENT

NAME: Jones, Emmitt R   SOC. SEC. NO: 416887530

IDENTIFICATION NO: 531042   DATE OF BIRTH: 4-22-61

## PLEASE READ THE FOLLOWING FOUR STATEMENTS.

1. I have been given written materials about my right to accept or refuse medical treatments

2. I have been informed of my rights to formulate Advance Directives.

3. I understand that I am not required to have an Advance Directive in order to receive medical treatment at this health care facility.

4. I understand that the terms of any Advance Directive that I have executed will be followed by the health care facility and my caregivers to the extent permitted by law.

## PLEASE CHECK ONE OF THE FOLLOWING STATEMENTS:

☐ I HAVE executed an Advance Directive.

☒ I HAVE NOT executed an Advance Directive.

Signed: *Emmitt Jones*   Date: 2-16-06

Witness: _____   Date: _____

Witness: Ashley Hughes   Date: 2-16-06

Form # 390 Advance Directive Acknowledgement

```
JONES EMMITT R           E.R.
531042 POPE DAVID HYATT
DOB-04/22/61  44   MALE
02/16/06

ER/200#
```

Wiregrass Medical Center
ER Level of Service Charge Sheet

| | | |
|---|---|---|
| | | **Integumentary** |
| | 19611760 | Repair of Nail Bed |
| | 19611740 | Subungal Hematoma |
| | | Dressing Application |
| | 19610120 | FB removal |
| | 19620000 | I&D Abcess |
| | 19600000 | Laceration Repair (simple, intermed) |
| | 19610000 | Laceration Complex |
| | 19611040 | Debridement |
| | 19616020 | Treatment of Burns |
| | | **Orthopedics** |
| | | Behr Block/Regional Block |
| | 19629500 | Casting/Splinting |
| | 19629705 | Removal or Revision of Cast |
| | | Tx of fx/dislocation with manipulation |
| | 19620950 | Compartmental Syndrome |
| | | **Neurological** |
| | 19662290 | Lumbar Puncture |

| | | **Circulatory** |
|---|---|---|
| | | Jugular, Cutdown, Central Line |
| | 19636430 | Blood Administration |
| | 19692960 | Cardioversion, Mechanical |
| | 19692950 | Code Blue |
| | 19692953 | External Pacemaking |
| | 19631500 | Intubation |
| | 19690471 | Vacine Admin. (other than Rabies) |
| | 19690675 | Vacine Administration (Rabies) |
| | 19690784 | Medication Administration IV |
| | 19690782 | Medication Administration IM or SQ |
| | 19690780 | IV infusion-up to 1 hour |
| | 19690781 | IV infusion-each additional hour |
| | 19649080 | Paracentesis |
| | | Peritoneal Lavage/Tap |
| | 19632000 | Thoracentesis |
| | 19633010 | Pericardiocentesis |
| | 19632002 | Chest Tube Insertion |
| | | IV Hydration |

| | | **Other** |
|---|---|---|
| | 19682962 | Glucose fingerstick |

| | | **ENT** |
|---|---|---|
| | | Eye Irrigation |
| | | Eye Exam/Corneal Abrasion |
| | | Foreign Body Removal Ear |
| | | Foreign Body Removal Nose |
| | | Irrigation Ear |
| | | Nose Bleed/Nasal Packing |
| | | Rust Ring (Foreign Body Removal) |

| | | **Treatment Level** |
|---|---|---|
| | 19699211 | Low Level E/R |
| | 19699281 | Emergency WD |
| ✓ | 19699282 | Emergency I |
| | | Emergency I with procedure |
| | 19699283 | Emergency II |
| | | Emergency II with procedure |
| | 19699284 | Emergency III |
| | | Emergency III with procedure |
| | 19699285 | Emergency IV |
| | | Emergency IV with procedure |
| | 19699291 | Critical Care |
| | | Critical Care with procedure |
| | | Observation I |
| | | Observation II |
| | | Observation III |

| | | **Respiratory** |
|---|---|---|
| | 19631603 | Tracheotomy |
| | 19631605 | Cricothyrotomy |
| | 19631603 | Trach Change |

| | | **Gastrointestinal** |
|---|---|---|
| | 19691105 | Gastric Lavage or NGT insertion |
| | 19643760 | Gastrostomy Tube Placement |

| | | **Genitourinary** |
|---|---|---|
| | 19659409 | Delivery/Birth |
| | | Supra Pubic Cath, or Turkey Tray |
| | 19651700 | Irrigation of Catheter |
| | | Pelvic Exam |

```
JONES EMMITT R          E.R.
531042 POPE DAVID HYATT
DOB-04/22/61  44   MALE
02/14/06

ER/ROOM
```

**Wiregrass Medical Center**
**Emergency Physician's Charge Sheet**    Date:

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | **Debridement** | | **Repair/Simple-Single Layer Cont'd** | |
| | | 19511000 | Infected Skin | | Face, Ears, Eyelids, Nose, Lips, | |
| | | 19511040 | Partial Skin Thickness | | and/or Mucous Membranes | |
| | | 19511041 | Skin, Full Thickness | | 19512011 | 2.5 cm or less |
| | | 19511042 | Skin and Sub Q Tissue | | 19512013 | 2.6 - 5.0 cm |
| | | 19511043 | Skin, Sub Q, Muscle | | 19512014 | 5.1-7.5 cm |
| | | 19511044 | Skin, Sub Q, Muscle, Bone | | 19512015 | 7.6 - 12.5 cm |
| | **Level of Service** | | **Hematoma and Abcess** | | 19512016 | 12.6 - 20.0 cm |
| | 19599281 | Level I | 19510060 | I&D Simple Abcess, Furuncle | 19512017 | 20.1 - 30.0 cm |
| X | 19599282 | Level II | 19510061 | I&D Simple Abcess, Complicated/ | 19512018 | Over 30.0 cm |
| | 19599283 | Level III | | Multiple | 19512020 | Superficial WD Dehis |
| | 19599284 | Level IV | 19510140 | I&D Hematoma Simple | 19512021 | Superficial WD Dehis-Pack |
| | 19599285 | Level V | 19510160 | I&D Puncture Aspiration, Abcess | **Repair/Intermediate Layered** | |
| | 19599288 | Direct Life Support in Transit | 19546320 | Hemorrhoid, Thrombosed | Scalp, Axillae, Trunk, and/or Extremities | |
| | 19599025 | Visit with Surgery | | **Burns** | 19512031 | 2.5 cm or less |
| | 19599291 | Critical Care per Hour | 19516000 | First Degree Burn, Initial | 19512032 | 2.6 - 7.5 cm |
| | 19599292 | Critical Care per 1/2 hour | 19516020 | Small Burn, Debride, Dress | 19512034 | 7.6 - 12.5 cm |
| | 19591105 | NG Lavage/Aspiration | 19516025 | Medium Burn, Debride/Dress | 19512035 | 12.6 - 20.0 cm |
| | 19599175 | Ipecac Admin/Observe Gastric | 19516030 | Large Burn, Debride/Dress | 19512036 | 20.1 - 30.0 cm |
| | | emptying | | **OB/GYN Procedures** | 19512037 | Over 30.0 cm |
| | **Airway/Pulmonary** | | 19556405 | I&D, Abcess, Vulva | Neck, Hand, Feet, and/or External Genitali | |
| | 19531500 | Endotracheal Intubation | 19556420 | I&D, Bartholin Abcess | 19512041 | 2.5 cm or less |
| | 19531511 | FB Removal | 19559410 | Emergency Vaginal Delivery | 19512042 | 2.6 - 7.5 cm |
| | 19532020 | Tube Thoracostomy | | **Arthrocentesis** | 19512044 | 7.6- 12.5 cm |
| | **Vascular Procedures** | | 19520600 | Arthrocentesis, Small Joint | 19512045 | 12.6 - 20.0 cm |
| | 19536410 | Non-Routine Venipuncture | 19520605 | Arthrocentesis, Intermediate Joint | 19512046 | 20.0 - 30.0 cm |
| | 19590780 | IV Therapy Requiring MD | 19520610 | Arthrocentesis, Major Joint | 19512047 | Over 30.0 cm |
| | | per hour | | **Miscellaneous Fractures** | Face, Ears, Eyelids, Nose, Lips, | |
| | 19592977 | Thrombolysis IV infusion | 19521800 | Closed Rib Fracture | and/or Mucous Membranes | |
| | **Cardiac Procedures** | | 19523500 | Clavicle | 19512051 | 2.5 cm or less |
| | 19592950 | CPR | 19523720 | Closed Phalangeal Shaft | 19512052 | 2.6 - 5.0 cm |
| | 19592953 | Transcutaneous Pacing | 19526750 | Closed Distal Phalangeal | 19512053 | 5.1 - 7.5 cm |
| | 19592960 | Cardioversion, Elective | 19528490 | Closed Fracture, Great Toe | 19512054 | 7.6 - 12.5 cm |
| | 19593010 | EKG Interpretation | 19528510 | Closed Phalanx other than Gr. Toe | 19512055 | 12.6 - 20.0 cm |
| | **Ophthalmology** | | | | 19512056 | 20.1 - 30.0 cm |
| | 19565205 | FB | | **Miscellaneous Closed Dislocations** | 19512057 | Over 30.0 cm |
| | 19565210 | FB Conjunctival/Embedded | 19521480 | TMJ Uncomplicated | | |
| | 19567938 | FB, Eyelid | 19523650 | Shoulder w/ Manipulation | **Repair/Complex-Reconstructive or** | |
| | **Ear, Nose, and Throat** | | 19524640 | Nursemaid's Elbow | **Complicated Wound Closure** | |
| | 19542809 | FB Pharynx | 19526700 | Finger, MP Joint | Trunk | |
| | 19569200 | FB External Ear Canal | 19526770 | Finger, IP Joint | 19513100 | 1.1 - 2.5 cm |
| | 19569210 | Impacted Cerumen | 19528660 | Toe IP Joint | 19513101 | 2.6 - 7.5 cm |
| | 19530300 | FB Intranasal | | **Miscellaneous Procedures** | Scalp, Arms, and/or Legs | |
| | 19530901 | Anterior Epitaxis, Simple | 19553670 | Urine Catheterization, Simple | 19513120 | 1.1 - 2.5 cm |
| | 19530903 | Anterior Epitaxis, Complex | 19553675 | Urine Catheterization, Complex | 19513121 | 2.6 - 7.5 cm |
| | 19530905 | Posterior Epitaxis, Initial | 19562270 | Spinal Puncture | Forehead, Cheeks, Chin, Mouth, Neck | |
| | **Soft Tissue/Foreign Body Removal** | | 19564450 | Digital Block | Axillae, Genitalia, Hands, and or Feet | |
| | 19510120 | Sub Q, Simple | 19582270 | Stool for Occult Blood | 19513132 | 1.1 - 7.5 cm |
| | 19510121 | Sub Q, Complicated | 19593042 | Rhythm Strip Interpretation | Eyelids, Nose, Ears, and/or Lips | |
| | 19520520 | Muscle, Simple | | **Repair/Simple-Single Layer** | 19513151 | 1.1 - 2.5 cm |
| | 19520525 | Muscle, Complex | Scalp, Neck, Axillae, External Genitalia, Trunk, | | 19513152 | 2.6 - 7.5 cm |
| | **Nails** | | and/or extremities | | **Miscellaneous** | |
| | 19511730 | Avulsion/Nail, Simple | 19512001 | 2.5 cm or less | 19520552 | Injection-trigger point 1-2 m |
| | 19512740 | Subungal Hematoma | 19512002 | 2.6 - 7.5 cm | 19520553 | Injection-trigger point 3 + m |
| | 19511750 | Nail Removal | 19512004 | 7.6 - 12.5 cm | | |
| | | | 19512005 | 12.6 - 20.0 cm | | |
| | | | 19512006 | 20.1 - 30.0 cm | | |
| | | | 19512007 | Over 30.0 cm | | |

# Exhibit M

# Medication Log

INMATE MEDICATION LOG (GENEVA COUNTY JAIL)

INMATE NAME: EMMITT JONES    CELL: 4/5

NOTE: 2's STARTS 1/14/06

| DATE | TIME | MEDICATION | OFFICER | INMATE SIGN |
|------|------|------------|---------|-------------|
| 1/14/06 | 6am | 1,2 | RO | EJ |
| 1-15-06 | 6AM | 1,2 | RB | EJ |
| 1-16-06 | 6AM | 1,2 | RB | EJ |
| 1/17/06 | 6am | 1,2 | DMD | EJ |
| 1-18-06 | 6AM | 1,2 | RB | EJ |
| 1-19-06 | 6AM | 1,2 | RO | EJ |
| 1-20-06 | 6AM | 1,2 | RO | EJ |
| 1-21-06 | 6AM | 1,2 | RO | EJ |
| 1/21/06 | 5 PM | 1,2 | WPO | EJ |
| 1-22-06 | 6AM | 1,2 | RB | EJ |
| 1-23-06 | 6AM | 1,2 | RB | EJ |
| 1/24/06 | 6AM | 1,2 | DMD | EJ |
| 1-24-06 | 5:00 | | | EJ |
| 1/25/06 | 6AM | 1,2 | DMD | EJ |
| 1-25-06 | Noon | 3,5 | RBW | EJ |
| 1-25-06 | 5:00 PM | 3,4 10pm3 | WR | EJ |

1) - DILTIAZEM - 1 TAB per day, for (30) DAYS
2) - CELEBREX - 1 TAB per day, for (30) DAYS

INMATE MEDICATION LOG (GENEVA COUNTY JAIL)
INMATE NAME: Emmitt Jones          CELL 4/5

| DATE | TIME | MEDICATION | OFFICER | INMATE SIGN |
|---|---|---|---|---|
| 1-26-06 | 6:00 AM | 1,2,3,4 | RO | EJ |
| 1-26-06 | 5:00 PM | 3,4  10:00 PM 4 | CNUR | EJ |
| 1-27-06 | 6:00 AM | 1,2,3,4 | RO | EJ |
| 1-27-06 | Noon | 3,4 | PBW | EJ |
| 1-28-06 | 6 AM | 1,2,3,4 | AP | EJ |
| 1-28-06 | Noon | 3-4 | cto | EJ |
| 1/28/06 | 5 pm | 3,4 + 10 pm 4 | MT | EJ |
| 1/29/06 | 6:00 AM | 1,2,3,4 | RO | EJ |
| 1-29-06 | Noon | 3,4 | CNUR | EJ |
| 1/29/06 | 5 pm | 3,4 & 4 | MT | EJ |
| 1-30-06 | 6 AM | 1,2,3,4 | RO | EJ |
| 1-30-06 | Noon | 3,4 | PBW | EJ |
| 1-30-06 | 5:00 pm | 3 | AP | EJ |
| 1/31/06 | 6 am | 1,2,3,(4-OUT) | bmf | EJ |
| 1-31-06 | Noon | 3 | PBW | EJ |

1) Diltiazem — 1 Tab p/day for 3 days
2) Celebrex — 1 Tab p/day for 30 days

# Exhibit N

# Certification of Records from Wiregrass Medical Center.

STATE OF ALABAMA )

GENEVA COUNTY )

### CERTIFICATION OF RECORDS

I, _Jean Morris_, of the office of the Wiregrass Medical Center, do hereby certify that the documents annexed are a true copy from the original records of Emmitt Reed Jones, SSN: 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, DOB: 04/22/1961, which are authorized by law to be and are, in fact, made and maintained in the regular and ordinary course of business and on file at the office of the Wiregrass Medical Center and in its legal custody.

Executed this 23rd day of March, 2006.

_Jean Morris_

Sworn to and subscribed before me this 23 day of March, 2006.

(SEAL)

_Jaye Owen_
Notary Public
My Commission Expires MY COMMISSION EXPIRES
AUGUST 27, 2008