IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMMETT REED JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06-CV-44-WHA |
| ) | |
| GREG WARD, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In their special reports filed with the court, the defendants advise that the plaintiff is no longer at the address provided for service. The order of procedure entered in this case required that the plaintiff immediately inform the court of any new address. *See Order of January 23, 2006 - Court Document No. 4* at 4. It is clear from the foregoing that the plaintiff has failed to comply with this requirement. This case cannot properly proceed in this court if the whereabouts of the plaintiff remain unknown. Accordingly, it is

ORDERED that on or before April 20, 2006 the plaintiff shall show cause why this case should not be dismissed for his failure to comply with the orders of this court and his failure to adequately prosecute this action. The plaintiff is specifically *cautioned* that if he fails to respond to this order the Magistrate Judge will recommend that this case be dismissed.

Done, this 6th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE