IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EMMETT REED JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 1:06cv044-WHA |
| ) | |
| GREG WARD, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #14), entered on April 25, 2006, the Recommendation is adopted, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to properly prosecute the action and failure to comply with orders of the court.

DONE this 10th day of May, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE